FEDERAL COURT AT THE NEW HEAVEN DISTRICT COURT
NEW HAVEN DISTRICT OF CONNECTICUT

----------------------------------------------------------x

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
                    6 - 23            20 23
Dinah Milton Kinney, Clerk
By Melissa Kawser
Deputy Clerk

[NOTE TO THE COURT CLERK:  18 US CODE 2071 CONCEALMENT, REMOVAL, OR MUTILATION GENERALLY shall be fined under this title or imprisoned not more than three years, or both].

**Petition/Plaintiff is not Formally schooled in law and gives notice of *Hanes /vs/ Kerner*  Which establishes that if I Make any errors in my  pleadings and/or, in the law, the court must advise me of what those errors are and how   to correct them and any further guidance necessary for me to prevail in this case.**

**In the Matter of the Claim of**

Prof.  Solange Martinez, Sui Juris,
The natural living woman

                        Plaintiff,                    **Docket No.:** _____

                                                      COMPLAINT

        -against-                                     [Grand Jury Requested]


1. Griffin Health Corporation

2. Waterbury Hospital and its Psychiatric Clinic

3. Griffin Family Physicians

4. Griffin Family Physicians' Clinic Manager Carol Porsche

5. Griffin Family Physicians' Clinic Manager Sandra

6. Nurse Practician Nicole Martin

7. Griffin Health Corporation Board of Directors' Chairman John W. Betkoski, III

8. Griffin Health Corporation Board of Directors' Immediate Past Chairman Kenneth Baldyga

1

9. Griffin Health Corporation Board of Directors' Member Patrick A. Charmel

10. Griffin Health Corporation Board of Directors' First Vice Chairman John J. Zaprzalka, CPA

11. Griffin Health Corporation Board of Directors' Second Vice Chairman Themis Klarides

12. Griffin Health Corporation Board of Directors' Third Vice Chairman [ and US **Republican Senator** ] **George S. Logan**

13. Griffin Health Corporation Board of Directors' Secretary, and Psychologist, Nanci DiNardo

14. Griffin Health Corporation Board of Directors' Treasurer Gerald T. Weiner, Attorney with Weinstein, Weiner, Ignal, Vogel and Shapiro

15. Griffin Health Corporation Board of Directors' Member [and United Methodist Frontier Foundation-Deputy Executive Director] Joseph Andreana

16. Griffin Health Corporation Board of Directors' Chief Medical Officer and Vice President of Medical Affairs Frederick Browne, MD.

17. Griffin Health Corporation Board of Directors' Member and Chief Financial Officer of OEM Control in Shelton Mark Peterson

18. Griffin Health Corporation Board of Directors' Member and Medical Staff-President Harold Schwartz, MD.

19. Griffin Health Corporation Board of Directors' Member Donna DiGianvittorio

20. Griffin Health Corporation Board of Directors' Member Joseph Sokol, M.D.

21. Griffin Health Corporation Board of Directors' Member Philip White

22. Griffin Health Corporation Board of Directors' Member Jimmy Tickey

23. Griffin Health Corporation Board of Directors' Member and Registered Dietitian-Nutritionist Jean Crum Jones MPH, RD

24. Griffin Health Corporation Board of Directors' Member and Vice President of Production Operations for Rotary Systems at Sikorsky, a Lockheed Martin Company.

25. Griffin Health Corporation Board of Directors' Member and founder  Robert Reiss

26. Griffin Health Corporation Board of Directors' Member Ed McCreery, III, Esq.

27. Griffin Health Corporation Board of Directors' Member Laura Marasco

28. Griffin Health Corporation Board of Directors' Member Fred Stanek

29. Griffin Health Corporation's Crisis Intervention (WCMHN, Western Connecticut Mental Health Network)

30. The State of Connecticut Dept of Social Services

31. The Dept. of Social Services' Commissioner

32. The state of Connecticut Dept of Health

33. The State of Connecticut

34. Joseph Podalski, in Charge of the Whole Psychiatric Dept

35. Nurse Sherri Valentine, Supposedly in Charge of the Whole Psychiatric Clinic on the 8th Floor, until the news reporters got involved.

36. Christine Shapter [MD], in Charge of the Whole Psychiatric Clinic on the 8th Floor, after the news reporters got involved.

37. Alexandra Bolonick, a "Nurse" [APRN] impersonating a Psychiatrist at the bogus Waterbury Hospital owned by the bogus Griffin's Health Corporation

38. Susan Goodson, a "psychiatrist" replacing the nurse impersonating a Psychiatrist at the bogus Waterbury's hospital's clinic (for one day)

39. Stephon Adams, a man who introduced himself as "a doctor" and, then, a "Social Worker."

40. Waterbury Chief of Police Fernando Stagnolo  [**Nick Name**: The Christians' and Muslims' Terror]

41. Police Officer Silver, **Batch # 777** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113].

42. Police Officer Hardwick, **Batch # 719** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113].

43. Police Officer Sanchez, **Batch # 792** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113].

44. Police Officer Robinson, **Batch # 519** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113].

45. The Waterbury Police Dept.

46. The City of Waterbury.

47. United Health Care-CEO Andrew Witty.

48. Jennifer Giordano, who is said to be working at the Waterbury Police Dept, with the Police, under the command of Chief of Police Fernando Stagnolo. She also acted as "the judge," who signed the fake "court order" to draw Prof Martinez's blood under the menace of a beating if she did not allow it.

49. Bethsaida Dores, Crisis' Intervention "Nurse" who also introduced herself as a "Social Worker [refused to show any credentials upon requests]"

50. Ambulance Driver and Attendant "Paige [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez]"

51. Ambulance Driver and Attendant "Paige's partner [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez]"

52. Waterbury Hospital's ER Nurses "Nicolet" and "Gabriel" [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS-Commissioner while representing her mother: claimant Oyarzun. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez. After Nurse "Ashley" tried and did not know how, Gabriel drew Prof Martinez's blood without a court order signed by a judge]"

53. Waterbury Hospital's ER-Manger Phyllis [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after she won a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun. She authorized the videotaping and cell phone picture-taking of Prof Martinez while incarcerated at the ER. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez]"

54. ER-"Nurse" "Ashley [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after she won a court

4

case against the DSS- Commissioner (Griffin's Health Corporation's business - partner) while representing her mother: claimant Oyarzun.  She was in charge of the torture Prof Martinez while incarcerated at the ER with a needle and a stick up Prof Martinez's nose. She Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez]"

55. Exchange Place Preservation Partners, LLC

56. Fred C. Mitchell, Senior Vice President

57. Exchange Place MM LLC, its managing member

58. The NHP Foundation, a member

59. Exchange Plaza Towers & Beacon Rental Community

60. Ms. Lori Caruso, Property Manager at Exchange Plaza Towers & Beacon Rental Community

61. Ms. Christine Tucci, Area Services Residence Manager

62. Mr. Willy Quiles, Residence Service Coordinator

63. Mr. Antonio Rodriguez, the building Super

64. Probate Court Attorney James P. O'sullivan, involved in the fake Custody Cases in Waterbury Connecticut and legally advised claimant and her daughter to allow false Emergency Certificates to be filed on them. Also involved in court-fraud.

65. Probate Court Chief Clerk Tracy Biolo, involved in the fake Custody Cases in Waterbury Connecticut and legally advised claimant and her daughter to allow false Emergency Certificates to be filed on them. Also involved in court-fraud.

66. Xfinity/Comcast

67. Hoveround

68. Hoveround-CEO

69. Hoveround Supervisor Pam Hunt

70. Walmart

71. Walmart's CEO

72. Consumer Financial Protection Bureau

Defendants,

-----------------------------------------------------x

FEDERAL COURT AT THE NEW HEAVEN DISTRICT COURT
NEW HAVEN DISTRICT OF CONNECTICUT

The complaint of the plaintiffs, Ms. Luisa Oyarzun, respectfully shows and
alleges as follows:

GRIFFIN HEALH CORPORATION; WATERBURY HOSPITAL; ITS PSYCHIATRIC
CLINIC ON THE 8TH FLOOR; GRIFFIN FAMILY PHYSICIANS' CLINIC MANAGER
CAROL PORSCHE; GRIFFIN FAMILY PHYSICIANS' CLINIC MANAGER
"SANDRA;" GRIFFIN FAMILY PHYSICIANS' CLINIC MANAGER NURSE
PRACTICIAN NICOLE MARTIN; GRIFFIN HEALTH CORPORATION BOARD OF
DIRECTORS' CHAIRMAN JOHN W. BETKOSKI; GRIFFIN HEALTH
CORPORATION BOARD OF DIRECTORS' IMMEDIATE PAST CHAIRMAN
KENNETH BALDYGA; GRIFFIN HEALTH CORPORATION BOARD OF
DIRECTORS' MEMBER PATRICK A. CHARMEL; GRIFFIN HEALTH
CORPORATION BOARD OF DIRECTORS' CHAIRMAN JOHN J. ZAPRZALKA,
CPA; GRIFFIN HEALTH CORPORATION BOARD OF DIRECTORS' SECOND
VICE CHAIRMAN THEMIS KLARIDES; GRIFFIN HEALTH CORPORATION
BOARD OF DIRECTORS' THIRD VICE CHAIRMAN [AND A US REPUBLICA
SENATOR] GEORGE S. LOGAN; GRIFFIN HEALTH CORPORATION BOARD OF
DIRECTORS' SECRETARY [AND PSYCHOLOGIST] NANCI DINARDO; GRIFFIN
HEALTH CORPORATION BOARD OF DIRECTORS' TREASURER GERALD T.
WEINER, ATTORNEY WITH WEINSTEIN, WEINER, IGNAL, VOGEL AND
SHAPIRO; GRIFFIN HEALTH CORPORATION BOARD OF DIRECTORS'
MEMBER [AND UNITED METHODIST FRONTIER FOUNDATION-DEPUTY
EXECUTIVE DIRECTOR] JOSEPH ANDREANA; GRIFFIN HEALTH
CORPORATION BOARD OF DIRECTORS' CHIEF MEDICAL OFFICER AND
VICE PRESIDENT OF MEDICAL AFFAIRS FREDERICK BROWNE [MD];
GRIFFIN HEALTH CORPORATION BOARD OF DIRECTORS' MEMBER AND
CHIEF FINANCIAL OFFICER OF OEM CONTROL IN SHELTON MARK
PETERSON; GRIFFIN HEALTH CORPORATION BOARD OF DIRECTORS'
MEMBER AND MEDICAL STAFF-PRESIDENT HAROLD SCHWARTZ, MD;
GRIFFIN HEALTH CORPORATION BOARD OF DIRECTORS' MEMBER DONNA
DIGIANVITTORIO; GRIFFIN HEALTH CORPORATION BOARD OF DIRECTORS'
MEMBER JOSEPH SOKOL, MD; GRIFFIN HEALTH CORPORATION BOARD OF

DIRECTORS' MEMBER PHILIP WHITE; GRIFFIN HEALTH CORPORATION
BOARD OF DIRECTORS' MEMBER JIMMY TICKEY; GRIFFIN HEALTH
CORPORATION BOARD OF DIRECTORS' MEMBER  AND REGISTERED
DIETITIAN-NUTRITIONIST JEAN CRUM JONES MPH, RD; GRIFFIN HEALTH
CORPORATION BOARD OF DIRECTORS' MEMBER AND VICE PRESIDENT OF
PRODUCTION OPERATIONS FOR ROTARY SYSTEMS AT SIKORSKY, A
LOCKHEED MARTIN COMPANY; GRIFFIN HEALTH CORPORATION BOARD OF
DIRECTORS' MEMBER AND FOUNDER ROBERT REISS; GRIFFIN HEALTH
CORPORATION BOARD OF DIRECTORS' MEMBER ED MCCREERY, III, ESQ.;
GRIFFIN HEALTH CORPORATION BOARD OF DIRECTORS' MEMBER LAURA
MARASCO; GRIFFIN HEALTH CORPORATION BOARD OF DIRECTORS'
MEMBER FRED STANEK; GRIFFIN HEALTH CORPORATION'S CRISIS
ITERVENTION (WMHN, WESTERN CONNECTICUT MENTAL HEALTH
NETWORK); THE STATE OF CONNECTICUT'S DEPT. OF SOCIAL SERVICES;
THE STATE OF CONNECTICUT'S DEPT. OF SOCIAL SERVICES'
COMMISSIONER; THE STATE OF CONNECTICUT DEPT. OF HEALTH; THE
STATE OF CONNECTICUT; [PSYCHIATRIST] JOSEPH PODALSKI, IN CHARGE
OF THE WHOLE PSYCHIATRIC DEPT.; [NURSE] SHERRI VALENTINE,
SUPPOSEDLY IN CHARGE OF THE WHOLE PSYCHIATRIC CLINIC ON THE 8TH
FLOOR OF THE WATERBURY HOSPITAL UNTIL THE NEWS REPORTERS GOT
INVOLVED; CHRISTINE SHAPTER [MD], IN CHARGE OF THE WHOLE
PSYCHIATRIC CLINIC ON THE 8TH FLOOR OF THE WATERBURY HOSPITAL
AFTER THE NEWS REPORTERS GOT INVOLVED; THE NURSE WORKING AS A
PSYCHIATRIST AT THE SAID CLINIC ALEXANDRA BOLONICK; BOLONICK'S
REPLACEMENT AS A PSYCHIATRIST, SUSAN GOODMAN; STEPHON ADAMS,
WHO INTRODUCED HIMSELF AS A MEDICAL DOCTOR AND, THEN, AS A
"SOCIAL WORKER; WATERBURY CHIEF OF POLICE FERNANDO STAGNOLO
[NICK NAME; THE CHRISTIANS' AND MUSLIMS' TERROR]; POLICE OFFICER
SILVER, BATCH # 777 [REFUSED TO FULLY IDENTIFY HIMSELF, AND THE
911 OPERATOR (352) ONLY GAVE HIS LAST NAME, UPON SEVERAL
REQUESTS, ON A RECORDED LINE, ON 05/12/23, THE FALSIFIED POLICE
REPORT # IS 23-14-113]; POLICE OFFICER HARDWICK, BATCH # 719 [SAME
AS OFFICER SILVER]; POLICE OFFICER SANCHEZ, BATCH # 792 [SAME AS
OFFICER SILVER]; POLICE OFFICER SANCHEZ, BATCH # 792 [SAME AS
OFFICER SILVER]; POLICE OFFICER ROBINSON, BATCH # 519 [SAME AS
OFFICER SILVER]; THE WATERBURY POLICE DEPT.; THE CITY OF
WATERBURY; UNITED HEALTH CARE-CEO ANDREW WITTY; JENNIFER
GIORDANO, WHO SAID TO BE WORKING AT THE WATERBURY POLICE
DEPT., WITH THE POLICE, UNDER THE COMMAND OF CHIEF FERNANDO
STAGNOLO, AND WHO IMPERSONATED THE JUDGE-SIGNER OF THE
COURT ORDER TO DRAW BLOOD FROM PROF. MARTINEZ, AFTER SHE
REFUSED TO GIVE HER BLOOD [TO BE USED TO COMMIT CRIMES] AND
HAD TO GIVE IT UNDER THE THREAT OF A BEATING IF SHE DID NOT;
CRISIS' INTERVENTION "NURSE," WHO ALSO INTRODUCED HERSELF AS A
"SOCIAL WORKER" WITH CRISIS' INTERVENTION BETHSAIDA DORES (THE
ONE WHO REFUSED TO SHOW ANY CREDENTIALS, YELLED AT THE

7

PROFESSOR AND WANTED TO "GO STREET" WITH HER); AMBULANCE DRIVER AND ATTENDANT "PAGE [WHO REFUSED TO GIVE HER LAST NAME UPON REQUEST, AS THE LAW OBLIGES HER TO DO, DURING THE FILING OF THE FALSE EMERGENCY CERTIFICATE ON CHRISTIAN, COLLEGE PROFESSOR MARTINEZ, AFTER SHE WON A COURT CASE AGAINST THE DSS COMMISSIONER, WHILE REPRESENTING HER MOTHER (CLAIMANT LUISA OYARZUN). SHE WAS AN ACCOMPLICE IN THE ARBITRARY ARREST, TORTURE, BARBARIC TREATMENT, AND EXTRA JUDICIAL EXECUTION-ATTEMPTS ON THE SAID CLAIMANT, CHRISTIAN DAUGHTER – PROF. SOLANGE MARTINEZ]; AMBULANCE DRIVER AND ATTENDANT "PAGE'S PARTNER [WHO REFUSED TO GIVE HER LAST NAME UPON REQUEST, AS THE LAW OBLIGES HER TO DO, DURING THE FILING OF THE FALSE EMERGENCY CERTIFICATE ON CHRISTIAN, COLLEGE PROFESSOR MARTINEZ, AFTER SHE WON A COURT CASE AGAINST THE DSS COMMISSIONER, WHILE REPRESENTING HER MOTHER (CLAIMANT LUISA OYARZUN). SHE WAS AN ACCOMPLICE IN THE ARBITRARY ARREST, TORTURE, BARBARIC TREATMENT, AND EXTRA JUDICIAL EXECUTION-ATTEMPTS ON THE SAID CLAIMANT, CHRISTIAN DAUGHTER – PROF. SOLANGE MARTINEZ]; WATERBURY HOSPITAL'S ER NURSES "NICOLET" AND "GABRIEL [REFUSED TO GIVE HER LAST NAME, UPON REQUEST, DURING THE FILING OF THE FALSE EMERGENCY CERTIFICATE ON PROF. MARTINEZ, AFTER SHE WON A COURT CASE AGAINST THE DSS COMMISSIONER, WHILE REPRESENTING HER MOTHER: CLAIMANT OYARZUN. THEY WERE ACCOMPLICES IN THE ARBITRARY ARREST, TORTURE, BARBARIC TREATMENT, AND EXTRA JUDICIAL EXECUTION-ATTEMPTS ON THE SAID CLAIMANT, CHRISTIAN DAUGHTER – PROF. SOLANGE MARTINEZ. AFTER ASHLEY TRIED TO DRAW BLOOD FROM THE PROFESSOR AND DID NOT KNOW HOW, GABRIEL DREW IT WITHOUT A COURT ORDER SIGNED BY A JUDGE, ALTHOUGH THE PROFESSOR REPEATEDLY TOLD THEM THAT THEY NEEDED A COURT ORDER TO DO IT AGAINST HER WILL]; WATERBURY HOSPITAL'S ER-MANAGER PHYLLIS [WHO REFUSED TO GIVE HER LAST NAME UPON REQUEST, AS THE LAW OBLIGES HER TO DO, DURING THE FILING OF THE FALSE EMERGENCY CERTIFICATE ON CHRISTIAN, COLLEGE PROFESSOR SOLANGE MARTINEZ, AFTER SHE WON A COURT CASE AGAINST THE DSS COMMISSIONER, WHILE REPRESENTING HER MOTHER (CLAIMANT LUISA OYARZUN). SHE WAS AN ACCOMPLICE IN THE ARBITRARY ARREST,  TORTURE, BARBARIC TREATMENT, AND EXTRA JUDICIAL EXECUTION-ATTEMPTS ON THE SAID CLAIMANT, CHRISTIAN DAUGHTER – PROF. SOLANGE MARTINEZ. SHE AUTHORIZED CELL PHONES' VIDEOTAPING AND PICTURE TAKING OF THE SAID CHRISTIAN, COLLEGE PROFESSOR, VICTIM WHILE INCARCERATED AT THE ER]; ER NURSE "ASHLEY" [REFUSED TO GIVE HER LAST NAME, UPON REQUEST, DURING THE FILING OF THE FALSE EMERGENCY CERTIFICATE ON PROF. MARTINEZ, AFTER SHE WON A COURT CASE AGAINST THE DSS COMMISSIONER (GRIFFIN HEALTH CORPORATION-BUSINESS AND MONEY LAUNDERING-PARTNER), WHILE REPRESENTING HER MOTHER: CLAIMANT

OYARZUN. SHE WAS AN ACCOMPLICE IN THE ARBITRARY ARREST, TORTURE, BARBARIC TREATMENT, AND EXTRA JUDICIAL EXECUTION-ATTEMPTS ON THE SAID CLAIMANT, CHRISTIAN DAUGHTER – PROF. SOLANGE MARTINEZ.  AFTER ASHLEY TRIED TO DRAW BLOOD FROM THE PROFESSOR AND DID NOT KNOW HOW, GABRIEL DREW IT WITHOUT A COURT ORDER SIGNED BY A JUDGE, ALTHOUGH THE PROFESSOR REPEATEDLY TOLD HER AND HER KIDNAPPING ASSOCIATES THAT THEY NEEDED A COURT ORDER TO DO IT AGAINST HER WILL. ASHLEY WAS IN CHARGE OF THE BLOOD DRAWING AND COVID-TEST-TORTURE ON THE CHRISTIAN PROFESSOR WHILE SHE WAS ILLEGALLY INCARCERATED AT THE SAID HOSPITAL'S ER. SHE TRIED TO PULL A STICK UP THE PROFESSOR'S NOSE AND TOUCH HER EYES THROUGH THE NOSE]; EXCHANGE PLACE PRESERVATION PARTNERS, LLC; ITS SENIOR VICE PRESIDENT FRED C. MITCHELL; ITS MANAGING MEMBER EXCHANGE PLACE MM LLC; THE NHP FOUNDATION – A MEMBER; EXCHANGE PLAZA TOWERS & BEACON RENTAL COMMUNITY; PROPERTY-MANAGER AT EXCHANGE PLAZA TOWERS & BEACON RENTAL COMMUNITY LORI CARUSO; AREA SERVICES RESIDENCE MANAGER CHRISTINE TUCCI; RESIDENCE SERVICE COORDINATOR WILLY QUILES; PROBATE COURT ATTORNEY JAMES P. O'SULLIVAN, INVOLVED IN THE FAKE CUSTODY CASES IN WATERBURY, CONNECTICUT, AND LEGALLY ADVISED CLAIMANT AND HER DAUGHTER TO ALLOW THEIR WATERBURY POLICE FRIEND, FERNANDO, TO FILE FALSE EMERGENCY CERTIFICATES ON THEM, AND TRY TO FIGHT THIS AFTER BEING ARBITRARILY ARRESTED, DRUGGED AGAINST THEIR WILL, AND SCHEFULE FOR EXTRA JUDICIAL EXECUTIONS. HE IS INVOLVED IN COURT FRAUD; PROBATE COURT CHIEF CLERK TRACY BIOLO, INVOLVED IN THE FAKE CUSTODY CASES IN WATERBURY, CONNECTICUT, AND LEGALLY ADVISED CLAIMANT AND HER DAUGHTER TO ALLOW THEIR WATERBURY POLICE FRIEND, FERNANDO, TO FILE FALSE EMERGENCY CERTIFICATES ON THEM, AND TRY TO FIGHT THIS AFTER BEING ARBITRARILY ARRESTED, DRUGGED AGAINST THEIR WILL, AND SCHEFULE FOR EXTRA JUDICIAL EXECUTIONS. HE IS INVOLVED IN COURT FRAUD; XFINITY/COMCAST; HOVEROUND; HOVEROUND-CEO; HOVEROUND SUPERVISOR PAM HUNT; WALMART; WALMART'S CEO.

PLEASE, TAKE NOTICE that the claimant herein makes claim and demands against

Griffin Health Corporation; Waterbury Hospital and its Psychiatric Clinic; Griffin Family Physicians; Griffin Family Physicians' Clinic Manager Carol Porsche; Griffin Family Physicians' Clinic Manager Sandra; Nurse Practician Nicole Martin; Griffin Health Corporation Board of Directors' Chairman John W. Betkoski, III; Griffin Health Corporation Board of Directors' Immediate Past

Chairman Kenneth Baldyga; Griffin Health Corporation Board of Directors' Member Patrick A. Charmel; Griffin Health Corporation Board of Directors' First Vice Chairman John J. Zaprzalka, CPA; Griffin Health Corporation Board of Directors' Second Vice Chairman Themis Klarides; Griffin Health Corporation Board of Directors' Third Vice Chairman [and US **Republican Senator**] **George S. Logan**; Griffin Health Corporation Board of Directors' Secretary and Psychologist, Nanci DiNardo; Griffin Health Corporation Board of Directors' Treasurer Gerald T. Weiner, Attorney with Weinstein, Weiner, Ignal, Vogel and Shapiro; Griffin Health Corporation Board of Directors' Member [and United Methodist Frontier Foundation-Deputy Executive Director] Joseph Andreana; Griffin Health Corporation Board of Directors' Chief Medical Officer and Vice President of Medical Affairs Frederick Browne, MD; Griffin Health Corporation Board of Directors' Member and Chief Financial Officer of OEM Control in Shelton Mark Peterson; Griffin Health Corporation Board of Directors' Member and Medical Staff-President Harold Schwartz, MD; Griffin Health Corporation Board of Directors' Member Donna DiGianvittorio; Griffin Health Corporation Board of Directors' Member Joseph Sokol, M.D; Griffin Health Corporation Board of Directors' Member Philip White; Griffin Health Corporation Board of Directors' Member Jimmy Tickey; Griffin Health Corporation Board of Directors' Member and Registered Dietitian-Nutritionist Jean Crum Jones MPH, RD; Griffin Health Corporation Board of Directors' Member and Vice President of Production Operations for Rotary Systems at Sikorsky, a Lockheed Martin Company; Griffin Health Corporation Board of Directors' Member and founder Robert Reiss; Griffin Health Corporation Board of Directors' Member Ed McCreery, III, Esq.; Griffin Health Corporation Board of Directors' Member Laura Marasco; Griffin Health Corporation Board of Directors' Member Fred Stanek; Griffin Health Corporation's Crisis Intervention (WCMHN, Western Connecticut Mental Health Network); The State of Connecticut Dept of Social Services; The Dept. of Social Services' Commissioner; The state of Connecticut Dept of Health; The State of Connecticut; Joseph Podalski, in Charge of the Whole Psychiatric Dept.; Nurse Sherri Valentine, Supposedly in Charge of the Whole Psychiatric Clinic on the 8th Floor, until the news reporters got involved; Christine Shapter [MD], in Charge of the Whole Psychiatric Clinic on the 8th Floor, after the news reporters got involved; Alexandra Bolonick, a "Nurse" [APRN] impersonating a Psychiatrist at the bogus Waterbury Hospital owned by the bogus Griffin's Health Corporation; Susan Goodson, a "psychiatrist" replacing the nurse impersonating a Psychiatrist at the bogus Waterbury's hospital's clinic (for one day); Stephon Adams, a man who introduced himself as "a doctor" and, then, a "Social Worker;" Waterbury Chief of Police Fernando Stagnolo [**Nick Name**: The Christians' and Muslims' Terror]; Police Officer Silver, **Batch # 777** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Hardwick, **Batch # 719** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Sanchez,

**Batch # 792** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Robinson, **Batch # 519** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; The Waterbury Police Dept.; The City of Waterbury; United Health Care-CEO Andrew Witty; Jennifer Giordano, who said to be working at the Waterbury Police Dept, with the Police, under the command of Chief of Police Fernando Stagnolo. She also, acted as "the judge," who signed the fake "court order" to draw Prof Martinez's blood under the menace of a beating, if she did not allow it; Bethsaida Dores, Crisis' Intervention "Nurse" who also introduced herself as a "Social Worker [refused to show any credentials upon requests];" Ambulance Driver and Attendant "Paige [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: Luisa Oyarzun. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant, Christian, College Professor Solange Martinez];" Ambulance Driver and Attendant "Paige's partner [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: Luisa Oyarzun. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant, Professor Solange Martinez];" Waterbury Hospital's ER Nurses "Nicolet" and "Gabriel" [refused to give their last names, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother. Accomplices in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant, Professor Solange Martinez. After Nurse "Ashley" tried and did not know how, "Gabriel" drew Prof Martinez's blood without a court order signed by a judge];" Waterbury Hospital's ER-Manger Phyllis [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after she won a court case against the DSS- Commissioner while representing her mother. She authorized the videotaping and cell phone picture-taking of Prof Martinez while incarcerated at the ER. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant;" ER-"Nurse" "Ashley [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after she won a court case against the DSS- Commissioner (Griffin's Health Corporation's business -partner) while representing her mother. She was in charge of the torture of Prof Martinez, while incarcerated at the ER, with a needle and a stick, which she tried to stick up Prof Martinez's nose. She Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant;" Exchange Place Preservation Partners, LLC; Fred C. Mitchell, Senior Vice President; Exchange Place MM LLC, its managing member; The NHP Foundation, a member; Exchange Plaza Towers & Beacon Rental Community; Ms. Lori Caruso, Property Manager at Exchange Plaza Towers & Beacon Rental Community; Ms. Christine Tucci,

11

Area Services Residence Manager; Mr. Willy Quiles, Residence Service Coordinator. Mr. Antonio Rodriguez, Claimant's building Super; Exchange Place Preservation Partners, LLC; its Senior Vice President Fred C. Mitchell; its managing member Exchange Place MM LLC; The NHP Foundation -- a member; Exchange Plaza Towers & Beacon Rental Community; Property- Manager at Exchange Plaza Towers & Beacon Rental Community Ms. Lori Caruso; Area Services Residence Manager Ms. Christine Tucci; Residence Service Coordinator Willy Quiles; Probate Court Attorney James P. O'sullivan and Probate Court Chief Clerk, Tracy Biolo, involved in the fake Custody Cases in Waterbury Connecticut and illegally advised claimant and her mother to allow Waterbury Police Chief Fernando Stagnolo to file false Emergency Certificates on them, and "fight" this from the psychiatric jail (which is impossible since the said defendants violate the due process in the Emergency Certificate Schemes and NEVER allow the victims to see the judge. They never follow the due process in this money laundering, false emergency certificate schemes). This should be, they suggested, after being the victims of arbitrary arrests and extra judicial execution attempts. They are also involved in court-fraud; Xfinity/Comcast; Hoveround; Hoveround-CEO; Hoveround Supervisor Pam Hunt; Walmart; Walmart's CEO.

1. The name and post office address of claimant are:

Prof. Solange Martinez
44 Center Street, Apt. 2P
Waterbury, CT 06702

2. The nature of the claim:

Seek an immediate injunction against the said false-Emergency Certificate, retaliating-Filers; immediate relief from the defendants and their criminal syndicate weaponizing the laws to go after the claimant and her mother (through the illegal use, misuse, and violation of **THE MARCH MAN ACT** and **THE BAKER ACT**, for which the claimant and her Christian, mother, clearly, do NOT qualify).

The claimant seeks relief from persecution and asks for immediate prosecution and due punishment for the defendants, for filing a false Emergency Certificate, against the Claimant and her mother, and from their multiple felonious crimes.

Claimant seeks relief from the defendant and their criminal syndicate and asks the court and US Dept of Justice to stop them from further committing multiple, felonious crimes against the Claimant and her mother (for keeping

the 10 Commandment of their Christian religion, specifically, "honoring thy father and thy mother," which means taking care of one's parent in his/her old age)].

Claimant seeks immediate injunction and relief from the said defendants planning and trying to execute hits on her and her mother; relief from the defendants filing false police reports to set the stage for false Emergency Certificates-filing while illegally using and misusing **THE MARCH MAN ACT** and **THE BAKER ACT**.

Claimant seeks immediate and permanent relief [for her and her mother] from Arbitrary Arrests, illegal incarceration, and extra judicial execution-attempts; relief from removal and illegal eviction of her elderly, disable mother, through the filing of false Emergency Certificates (because the landlord cannot legally evict her);

relief from evacuation of elderly, disable claimant's mother's apartment thorough the filing of false Emergency Certificates, police terrorism, and basic service-terrorism; relief from illegal discrimination, further hate-crimes, destruction of Claimant's personal property (on purpose) and her mother's.

Relief from retaliation and ordered Arbitrary Arrests and Extra Judicial Execution-Attempts against Claimant and her mother; relief from ordered hits on the claimant and her mother, for asking for claimant's mother's complete pension and for trying to enforce Veronica King's Court Order [in Claimant's mother's favor, and against the DSS-Commissioner (Griffin Health Corporation Money Laundering-Partner)].

Relief from the stealing of her government-benefits (stipend-payments), by the DSS Commissioner. Relief from theft of her mother's cash-payments [at TD Bank and Newtown Savings Bank], by the said DSS-Commissioner, through money-laundering and through money wiring, at, and with, TD Bank and Newtown Savings Bank, as well as injunctive relief from.

Relief from her elderly, disable mother being charged rent that is not due, since she is elderly, disable, 120% below the poverty level, has Section 8, and do not have to pay any rent. Relief from having the phone that claimant uses to do her service coordination [regarding her mother's doctors' appointment and other health care matters].

Relief from the illegally and fraudulently disconnection of the said phone when claimant calls the news reporters about the false Emergency Certificates Filers and their Griffin Health Corporation-Accomplices; when illegally using and abusing **THE MARCH MAN ACT** and **THE BAKER ACT**.

Relief from the Claimant being overcharged for the internet; so, she does not run errands for her elderly, disable, Christian, mother, or for herself. Relief from the absence of money that Xfinity/Comcast overcharged the claimant (to prevent her and her elderly, disable mother from having access to this money, to buy very needed medications and other items).

Relief from being overcharged payments, by Xfinity/Comcast, taken from claimant's TD Bank and Newtown Savings Bank, while doing money laundering and preventing the Claimant from "honoring her Mother," as stated in the Holy Bible.

Relief from having United Health Care and its CEO from stealing and selling Claimant's mother's Medicare Advantage Plan, its medical insurance-benefits, its medical equipment-benefits, its services-benefits, its prescription-drugs' benefits, and all the other benefits that the claimant's mother is entitled to have, and, therefore, the Claimant has to spend a lot of time, trying to get.

Relief from enrolling claimant and her mother in bogus programs and Medicare Advantage Plans that have Mental Illness Benefits [to use them to Baker Act or Marchman Act the Claimant and her mother (illegally), defraud the USA Government and defraud Claimant and her mother].

Relief from further harassment and further illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT** against Claimant and her mother, through the filing of false emergency certificates, Arbitrary Arrests, and Extra Judicial Execution-Attempts.

Relief from gang stalking, stalking, following, videotaping, picture-taking, and further harassment by the police, DSS-Commissioners' employees, and business-associates.

Relief from the stealing and selling of Claimant's mother's Homecare Medicaid; from police-terrorism, sexual harassment, and police contact without being requested by the Claimant-Victim and her Christian, mother.

Relief from having the Claimant's apartment broken into when she and her daughter go out, relief from having their water-pipes poisoned with chemicals, dirty waters, mouse-waters, urine, or any other substances.

Relief from having the Waterbury Chief of Police (Fernando) and his associates, steal claimant's vehicles, and property, and break into their apartment when they are not there, and steal things; relief from having him and his DSS-Commissioner-friend [their staff] home invade Claimant's apartment, through the illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT.**

Relief from assaulting and battering Claimant and her Christian mother, break down their door, their door locks, and do hold ups in their apartment, through the illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT.**

Relief from keeping Claimant's Toyota 4Runner stolen at Fernando's Associate's garage (West Main Auto- Owner, Michael Palladino), so she can get Claimant's mother's severely injury spinal cord, further, damaged -- by squeezing into a tiny car, to go to her doctors and run her errands.

Relief from further damage to Claimant's mother's bones, to confine her to a bed and make her qualify for a nursing home; so, the said Police Chief's friends – the DSS Commissioner and Griffin Health Corporation– can launder more money, by using her, and get more money, through bogus welfare programs.

Relief from having her mother be listed as living in multiple nursing homes (owned by Griffin Health Corporation), for the said DSS-Commissioner, and his criminal syndicate, to further defraud the US Government, through bogus DSS-Programs, through Health Care Fraud, and money laundering.

Relief from being used to defraud the US Government by being kidnapped and illegally incarcerating, and by having her mother go through this, too, in retaliation for helping her by calling the news reporters.

Relief from being the victim of Arbitrary Arrests and illegal incarceration, in psychiatric wards and while her insurance is defrauded with hundreds of thousands of dollars, by Griffins' Health Corporation, the said DSS-Commissioner, and the said Chief of Police; through the illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT** (for which the Claimant and her Christian, mother do not qualify).

Relief from being used as an private bank, where the defendants get millions of dollars, by charging for fictitious, fabricated "mental illnesses," alcoholism, drug addiction and other problems that the defendants know she does not have ( and neither does her mother); relief from Arbitrary Arrests of Claimant and her mother, creating fictitious "criminal files" on them, and permanently staining their records, to retaliate against them, for asking for their pension, Home Care Medicaid, food stamps, stipend-payments, and other government benefits. Relief from the defendants' illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT** against them.

Relief from racial profiling by the Waterbury Chief of Police and his supervisees; relief from the said defendants running the "Welfare Check Scheme," when they know that the Claimant and her daughter do not qualify for welfare checks (since the Claimant is not sick and her mother's Medical Condition has not changed in the last 10 years, she has not been at the ER in the last 10 years, or so, and her medications have not changed in the last 10 years, or so).

15

Relief from the denial of payment of two door locks and their installations (broken by the said Police Chief and Christian-hater, his said DSS-Commissioner-friend, and their criminal syndicate, without a court order or probable cause) that the claimant's mother had to pay for, after the Arbitrary Arrests, illegal incarceration, and Extra Judicial Execution-Attempts of November 24, 2021, and February 15, 2023.

Relief from Christian Persecution, from being constantly called on the phone (by the said Police Chief and his supervisees) and hearing nothing because the defendants say nothing when they call; relief from following, stalking, and harassment while Claimant goes to, and takes her mother to, the doctors; relief from telling her doctors to deny medical care to claimant and her mother (in retaliation for asking for their government benefits, for winning a court case against the DSS-Commissioner, and for being Christians and refusing to join the organized crime).

Relief from blocking her and her mother from using their dental benefits; from contacting the claimant's pharmacies and telling them not to sell her, or her mother, prescribed medication, or medical equipment; relief from having the pharmacies use the claimant's insurance to pay for other people medical care, prescription drugs, and medical equipment.

Relief from using claimant's insurance to get endless prescription drugs, and medical equipment to be sold on the street, in the black market, and when the claimant goes to use them, there is none for her. Many of these medications are psychiatric medications, that claimant does not, but are being prescribed to other people with her name and personal identifiable information.

Relief from any kind of harassment, retaliation, or illegal discrimination against the Claimant and her mother; and $1, 600,000,000.00 in compensation for the damages to Claimant and her mother.


1. Violation of the Americans With Disabilities Act of 1990 and Fourteen amendment, to remove elderly, disable claimant's mother from her leased (in 2019) and recertified apartment. The violation of, and illegal use, and misuse, of **THE MARCH MAN ACT** and **THE BAKER ACT,** filing false Emergency Certificates and filing false Police Reports (serious felonies), planning and ordering hits on Elderly, Christian, Oyarzun and her Claimant, Prof Martinez.

3. The time when, the place where and the manner in which the claim arose:

Between July 7, 2019, and the present, claimant's mother has been asked to vacate her apartment, and subjected to gruesome and truculent hate-crimes (against her and Claimant), elderly and disable-citizens-endangerment as well as homelessness in her immediate future through her forced removal.

This is to continue with the "Roving Scheme" and continue to get millions of dollars from the USA Government by making the Government, and the taxpayers, believe that Claimant and her mother move around a lot (every few weeks or so). Thus, the DSS Commissioner supposedly needs millions of dollars to keep paying for all the "moving expenses," security deposits, rent-payments, and other items, that he has made up;

Since 2019, Claimant and her mother have been enrolled in different, bogus, DSS, and DSS-related-programs (for which they do not qualify). This is without their knowledge or consent, and with the purpose of defrauding the US Government of billions of dollars. The Claimant and her mother had nothing to do with this, were invited to join the organized crime, and its syndicate, to continue the fraud the government, but they refused.

Because of their refusal, the said defendants and their criminal syndicate have practiced racketeering and influence peddling against the Claimant and her Christian mother (for refusing to take her elderly, disable mother to a hospital and abandoning her there; so, the DSS-Commissioner and Griffin Health Corporation can make more money out of her). The said defendants and their criminal syndicate have done this, in order to continue to defraud the USA Government, and the claimant as well as her mother; and, eventually, kill them.

Additionally, the claimant and her mother are being subjected to disparate terms and conditions as well as illegal discrimination, gruesome hate-crimes, Christian persecution, and Human Rights Violations through the illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT,** and subjected to illegal discrimination at almost every medical office, and business-office, that they have gone to, or done business with.

They have been illegally discriminated in housing and conditions of living for 22 years in New York, New Jersey, and Connecticut (where the said criminal syndicate have been defrauding the USA Government through Welfare and bogus DSS-Programs for the last 22 years). In this last state, there has been gruesome, illegal discrimination by the said Police Chief, the DSS-Commissioner, and their criminal syndicate.

Some [not all] of the Crimes, and Human Rights Violations, Committed against the said Christian Claimant and her Christian mother [just because they

refused to stop practicing Christianity and join the said defendants in their organized crime] are the following:

retaliation for asking for their pension, salary, and other government benefits; illegal discrimination by the Claimant's mother's landlords and their foundation, their refusal to give them access to their parking spaces, in the building (as all the non-Christian tenants are given). As a consequence, their vehicles have been stollen by the landlords' friends and business-associates, from the streets. This was after the landlords denied them access to their parking space within their building.

The denial of medical treatment, constant police harassment, stalking, following, unreasonable search and seizures, illegal, and fraudulent "welfare checks," the illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT** (for which neither the claimant nor her Christian, mother, qualify).

The filing of false "Emergency Certificates" against them (by the DSS-Commissioner, after they won a court-case against him [for more than half a million dollars), the DSS-Commissioner and his Police Chief friend [ and their staff ] calling them at home and telling them that, if they don't join the organized crime, the police terrorism, Arbitrary Arrests, and Extra Judicial Execution Attempts will not stop.

Although they have gone through all the legal and constitutional channels available in the USA, Christian Claimant Martinez and her mother continue to be the victims of excessive [police] force, racial profiling, racial slurs, systematic harassment, and hate crimes, which have significantly deteriorated their health.

The Claimant and her Christian, mother have been subjected to verbal and physical attacks, illegal incarcerations, kidnappings, extra judicial execution-attempts, and White Cell-Usage (torture), when it comes to Prof Martinez.

They continue to be Arbitrarily Arrested without committing any crime and the defendants have been keeping the Arbitrarily Arrested Claimant incommunicado (which is considered tortured by the Human Rights laws [nationally and internationally], because this is done by government-employees).

For keeping the 4th Commandment of God, the said Christian Professor has been stripped from her clothes [after Arbitrarily Arrested and taken to the said Commissioner's friends' hospital, to be arbitrarily executed]. During the Arbitrary Arrest of February 15, 2023, her clothing was given to one of her kidnappers, who wore it for the 9 days, during which this Christian Victim was scheduled for an Extra Judicial Execution.

18

While at the bogus Griffin Health Corporation's Waterbury Hospital and its Clandestine Clinic, the said Christian Professor was exposed to many Extra Judicial Execution-Attempts. Despite this, the defendants' Human Rights 'connections' have delayed their enforcement of the Anti-Human-Rights laws regarding this case (to give the said defendants, and their criminal syndicate, time to murder the Christian Victims).

The defendants laughed when Claimant and her Christian, mother gave them a copy of the federal Human Rights Complaint, against them. The Human Rights Commission's employees are given free parking by the claimant's landlords, and employees of CHRO are part of the said criminal syndicate, themselves. And have aided and abetted it, many times.

The Commission on Human Rights-staff benefits from "favors" from the DSS-Commissioners, the Claimant's landlords, and the said Chief of Police as well as his subordinates. And, the landlords give a monthly amount of money to the Waterbury Chief of Police to "get rid of any "problems [unwanted, Christians and tenants]."" The defendants have committed all the crimes mentioned in this document UNDER THE PRETENSE OF LEGALITY, as the law defines it.

The said Waterbury Police Chief and his staff constantly go to the claimant's apartment, yell at her and her elderly, disable, epileptic mother, break her door-locks, break down her door, violently pick up and through her mother's walker, dining table-chairs, and scooter, around.

The said defendants and their criminal syndicate-members also tell the said Christian Professor [who doesn't have tattoos, wears a rosary around her neck, and lose, not tight, clothes, as the female police officers and DSS-staff members wear] that they "can tell that she is crazy, just by looking at her]."

Their Atheist and Christian Haters-associates, from Griffin Heath Corporation, diagnosed Claimant Martinez with dementia, schizophrenia, bipolar disorder, depression, delusions, and delusion of grandeur [while they make fun of her for buying at the 99 cents stores and donating her stipend-payments to people who are poorer than she and her mother are].

The said defendants and their criminal syndicate also "diagnosed" Prof Martinez with psychosis, and believing that the videos showing the police breaking her mother's door, door locks, and recorded conversations given to the news reporters are only in her mind. That this never happened.

They claim that the news reporters are delusional, too. Nevertheless, when they ran the story about the ordered hits (by Judge Frank Iannotti and Waterbury State Prosecutor Catherine Austin, in the Criminal Court, they quickly removed them, both, from their positions. The judge was removed and

the prosecutor was given the option to quickly "retire," or be charged with court-fraud (together with the said judge).

The Atheist and Christian Haters-associates from Griffin Heath Corporation diagnosed Christian, College Professor with Parkinson, liking money [they consider this a "mental illness"], being a maniac and constantly trying to commit suicide [although their hospital, landlords' friends-building, and Waterbury-city, are infested with security camera and they have never been able to come up with a video, or any proof, of the fabricated suicide-attempts].

They also diagnosed Prof. Martinez with being psychotic. All these very **CHRONIC** mental illnesses were "diagnosed" WITCH-CRAFT-STYLE (without doing a single MRI of the brain, a single medical exam of any kind, or a single psychiatric evaluation). The said defendants and their criminal syndicate claim that Griffin Health Corporation's doctor, Joseph Podalski, did all the said diagnosing and evaluating, through his telepathic skills. They claim that he can do this without even seeing the said Christian Professor or speaking with her.

Griffin Health Corporation claims that they can diagnose the said mental and neurological illnesses through high technological and telepathic skills. The said defendants, and their New York and New Jersey organized crime-associates continue Arbitrarily Arresting Claimant and her mother, and drawing blood from them [to use them to commit crimes] without a court order. They continue breaking down their doors without a court order, searching their apartment without a search warrant, and telling the claimant and her mother, "we can do whatever we want with you! We have the authority to do whatever we want with you!" while yelling at them, drugged, and intoxicated.

As soon as the Professor is arbitrarily arrested, the Chief of Police and the DSS-Commissioner are given **Complete and Absolute "custody"** of the professor, to be taken to a location and be subjected to an Arbitrary Execution. This is through the illegal use and misuse of **THE MARCH MAN ACT** (which clams mental illnesses due to substance abuse – alcohol or drugs).

Nevertheless, the said defendants and their criminal syndicate never take Prof. Martinez before a judge or a grand jury and show that she has "mental illnesses" due to drug or alcohol usage; which is REQUIRED one uses **THE MARCH MAN ACT** to involuntarily commit someone. Drug use and abuse of alcohol are illegal in the United States. They are crimes.

Despite the aforementioned, the said Police Chief and his criminal syndicate continue avoided filing criminal charges against Prof Martinez and avoiding taking her before a grand jury. When it comes to the said Christian Professor, the said defendants avoid Due Process like the devil avoids the Holy Cross.

The Christian-Haters, defendants, Illegally, use and misuse **THE MARCH MAN ACT** and incarcerate the Christian, College Prof. Martinez, for a long time, without taking her before a judge, formally accusing her of any crime, and without being tried by a jury (as the USA Constitution states MUST be done).

All the said Arbitrary Arrests have been done through the taking away of ALL rights from her, and without a trial by jury (which is her **constitutional right**). The Atheist defendants use their disparate treatment, and prejudiced opinions about God, to use the "Color of Law" as a weapon to persecute and hunt down Claimant Martinez, her mother, and other civilians. They do this to execute Arbitrary Arrests, and Extra Judicial Execution on them.

The forced vanishing of Prof. Martinez [after being Arbitrarily Arrested by the said police], for 12 hours, and her being incommunicado is unconstitutional. It is a violation of the United States Constitution. The claimant and her daughter still continue to be threatened by the defendants and their associates with malicious prosecution cases, and death; every single day, by the defendants.

The defendants and their criminal syndicate have threatened the Claimant, her mother, and members of the media with retaliation if they dare to give the video evidence, or any evidence, or documents (against them) to the public. The defendants have a complete disregard for the law, the press, the constitution, the civil rights, the human rights, and human life.

The Christian Claimant and her daughter have been told [by Christian Organizations] that they are the subject of an ignominious martyrdom, because of the gruesome hate crimes against them, the extra sensorial and the psychological torture that they have endured. Through their police terrorism, the defendants maintain them disoriented and, when taken to hospitals owned by the said criminal syndicate-members, Prof. Martinez is drugged against her will, deny water for 5 days, forced to walk without shoes, and prevented from being hydrated, taking showers, or washing her hands, as human being do [among other tortures].

In this appalling violation of Human Rights and Christian-persecution case, the local, state, and federal judges have no say. They must do whatever the said criminal syndicate tells them to do. It is a matter of self-preservation and survival. The said defendants are extremely violent, vulgar, and corrupt. They have shown that there is no rule of law in the United States, and that any Christian refusing to join the organized crime will be Persecuted and hunted down.

The Court-Clerks, at the local Waterbury Superior and Probate Courts, take the Claimant's lawsuits, and her mother's, against the defendants and other members of the said criminal syndicate, and do not stamp a file them. This is

21

although the constitution states that they MUST do this. This is a crime punishable with NINE years in prison. Nevertheless, this does not happen to these court-clerks, practicing at the local, state, and federal court, who have been engaging in court-fraud.

The Constitution of the United States does not allow government employees to make judgement on other people's religion and use this to incarcerate them (because it is against the First Amendment Rights). However, the defendants' Arbitrary Arrests, illegal use, and misuse, of **THE MARCH MAN ACT**, and illegally incarcerations of the Claimant (for complying with the 4th, 5th, 6th, and 7th Commandment of God, according to the Holly Bible), shows that the defendants and their criminal syndicate could not care less about the US Constitution. They criminalize the Claimant's, and her mother's, practice of the Cristian religion.

In this gruesome Civil Rights violations case, the defendants, their criminal syndicate, and their influence peddling have committed, and continue to commit, an endless chain of Human Rights-Violations, of basic Human Rights (such as the right to preserve human life and one's physical integrity). This is just because the hunted down Christians think differently from the government-employees that belong to the organized crime. The claimant and her mother do not want them to continue to use them to defraud the taxpayers and USA Government.

All the aforementioned, gruesome, human rights-crimes, the stealing of their vehicles and personal property, the persecution, the Arbitrary Arrests, the illegal incarceration, and the Extra judicial Execution-Attempts are just because the Claimant and her mother refused to leave their religion and join the organized crime. And, because the Claimant and her mother asked for their pension, stipend-payments, Stimulus Checks, food stamps, Home Care Medicaid, and the rest of their government-benefits.

The Said defendants and their criminal syndicate have turned The United states into the "Roman Empire:" if you don't do whatever they say, whenever they say, however they say, and with whoever they say it, you will be persecuted, hunted down, and will dose everything you own, including your life.

Besides illegally applying **THE MARCH MAN ACT** and **THE BAKER ACT** (for which the said Christian Claimant and her Christian, mother do not qualify) indiscriminately, the defendants apply arbitrary norms against anyone who is their "enemy:" who don't do whatever they say, whenever they say it, however they say, and with whoever they say it. There is no limit to their arbitrary and criminal actions.

22

Their practice and actions are absolutely wicked and lack the most minimum legality. The defendants', and their criminal syndicates', actions against the Claimant and her mother "show" everyone else, "this is what will happen to you if you don't do whatever we say, whenever we say it, however we say it, and with whoever they say it."

Consequently, everyone who they tell not to associate with the said Christian Claimant and her Christian mother, and not to help them in any way, shape, or form, do so (for fear).   The actions of the defendants (The said Chief of Police, his DSS-Commissioner-friend, Griffin Health Corporation, and their criminal syndicate-members) are absolutely outside of the law.

The defendants' criminal acts include, but are not limited to, stripping the Christian, College Professor from her scapulary and holly rosary, and throwing them on the floor (a grievous offense to God and the victim's religion), taking the image of our Lord, Jesus Crist, in the form of a Crucifix, and throwing it on the floor, after breaking down her door without a court order, a search warrant, or an arrest warrant.

This was after hitting the 10 commandments, posted on the claimant's door, with a hatchet, more than 50 times, for more than an hour.  This was while they were raving for a few seconds and, then, laughing hysterically for a few seconds, and vice versa.  They showed very obvious signs of a lot of drug and alcohol use. The Claimant and her elderly, disable, epileptic, Christian mother were terrorized.

The 10 Commandments were right next to the image of Mother Mary (the Mother of God) and our Lord Jesus Christ.  The damages caused to the Claimant, and her daughter, need to be repaired.  They need, and the law calls for, immediate relief.

The defendants' and their organized crime-syndicate's criminal actions, against the said elderly, disable Christian, the Claimant, and other civilians, are very nefarious and truculent. Because the Claimant was told by her mother to contact the news reporters and expose the said government-employees' syndicate, publicly, the said criminal, syndicate see themselves as "caught red-handed.'

Consequently, their hate-crimes, retaliation, and persecution become fiercer and more aggressive. They see themselves on video, everywhere, committing crimes, violating, and betraying their oath and batches, and they cannot deny the facts, anymore.

Consequently, they want to murder the Claimant and her daughter, at all costs. This is why they don't show probable cause or get a court order to arrest

23

them. Because there is no crime committed by the said Claimant or her Christian Mother.

The defendants even commit Federal Tampering, by stalking the Claimant and her mother, following them to the post offices, and telling the United States Postal Services-Staff to REFUSE to mail their notices of claims (lawsuits), to the defendants. So, they can claim that they never received them and, thus, do not have to answer for their criminal behavior.

The defendants and their criminal-syndicate show criminal intentions and Extra Judicial Executions-Attempts every time they run, or try to run, the old Welfare-Check Scheme. This is why they don't file formal charges against Prof. Martinez and her mother, take them to court, before a judge, or before a grand jury.

The defendants just want to Arbitrarily Arrest them, take them to their "place of business," and Extra Judicially Execute them. And, they have done this without following the due process, because the matter against the Claimant and her Christian mother is not legal. It is personal.

The Christian Claimant and her daughter are periodically and Arbitrarily Arrested, for a long time [ for weeks, in the case of the Christian, College Professor], without being formally accused of any crime before a judge. In the case of this Christian professor, she has been denied her right of replica when "formally" accused of fabricated, ridiculous crimes against her [like cancelling doctors' appointments; which is not a crime, in the United States].

The persecution is so fierce, that the said Christian, College Professor has been Arbitrarily Arrested with an Arrest Warrant signed by a lawyer, impersonating a judge. The Professor contacted the news reporters and she was immediately released.

On another occasion, a corrupted judge, who was offered a government-position, in exchange for Arbitrarily Arresting and illegally incarcerating the professor. So, he (judge Gallagher) ordered her Arbitrary Arrest, without a court-order or an arrest warrant.

Another judge ordered a failed hit on the professor and the elderly, disable Claimant. In this, later, removed Judge (judge Frank Iannotti)-case, Prof. Martinez asked for a trial by jury, since the said judge refused to recuse himself from the case. But it was denied to her.

Prof. Martinez submitted motions to reply to the fabricated charges and ask for a trial by jury; but the said criminal -syndicate-judge and his other criminal associates claimed that they never received these motions. This was despite being caught on video, doing so.

24

The case was transferred to another criminal-syndicate-judge (judge Jaison Lobo) and Prof Martinez asked to be allowed to speak before this corrupted judge, but this right was also denied to her (which is unconstitutional).

Incredibly, the Christian, College Professor was found guilty of "resisting arrest," without being given her right of replica, and when there was no crime committed [to be arrested for]. And, the said Police-defendants were videotaped while they were taking the professor to be executed and she told her mother to allow them to take her (because she was recording them with hidden cameras).

Professor Martinez trusts her Lord Jesus Christ, and He returned her to her home, even though she was scheduled for an extra judicial execution, by the DSS-Commissioner, his Chief of Police friend, and his business partner (Griffin Health Corporation). All this have been done "under the pretense of legality," as defined in the US Constitution."

Under the pretense of legality, the said defendants and their criminal syndicate have had a wave of confiscation of private property belonging to the claimant and her mother.  This is including, but not limited to, their vehicles, computer equipment, jewelry, medication, medical equipment, pensions, stipend-payments, Checking Accounts at TD Bank [where the defendant launder money with the Claimant and her daughter], homecare Medicaid, Medicaid's and Medicaid's benefits, and Medicare Insurance Plan's benefits (for which the Claimant and her daughter have worked all their lives).

Because of their refusal to join the organized crime, the said defendants and criminal syndicate have subjected the Claimant, and her daughter, to degrading treatment, terrifying threats, and violence of all types, torture, and gender violence (physical, psychological, mental damages, and sexual damages, as well as coercion and other forms of depraving the Claimant and her daughter of property, liberty, and pursue of happiness).

The said defendants and their criminal syndicate also had TD Bank tell Claimant and her daughter that they are not allowed to access their bank accounts (checking accounts).  TD bank told them, in writing, that they closed their bank accounts. TD Bank, then, changed the accounts' phone numbers and contact information, and has the commissioner and other defendants continue to money launder with their accounts (wire money, from and to, the accounts belonging to the Claimant and her daughter).

**Republican Senator Santos** was arrested and charged for this crime. However, **Republican Senator George Logan**, the rest of the defendants, and their criminal-syndicate have not been arrested or charged for committing the same crime. The banking laws are subjected to the Human Rights laws. When

the banks violate these laws, they also violate the banking laws. When they violate banking laws, they violate the US laws. The Consumer Financial Protection Bureau Covers up for the said criminal syndicate and the office of the Comptroller of the Currency is aware of this and nothing has been done regarding this.

The said criminal syndicate has blocked the aforementioned crimes from being prosecuted in the United States. And, all criminal syndicate-connected-banks are protected from being prosecuted for money laundering and other serious, federal crimes.

The said criminal syndicate has had other elderly, disable citizens Arbitrarily Arrested and murdered, by another police officer (in another state, FL) in charge of other officers, who were ordered to do the Extra Judicial Execution on the elderly citizen. Her name was Elvira Williams.

We reported this, many times, while the said police officer (like the Waterbury Chief of Police-defendant) was kidnapping her and before she was assassinated. Our Dept of Justice did nothing. She was assassinated by the supervisees of this police officer.

Subsequently, there was a shootout at a high school in the United States. This police officer ordered his supervisees NOT to do anything to stop the shooter (because he had no regard for human life, like Chief Fernando). More than 15 students, teachers, and staff were shot down and killed by the shooter.

If our Dept of Justice had stopped the said police officer when we reported him, all those victims would be alive, and with their families, now. The high school was the Florida, Broward County-high school. The said police officer was the said county's sheriff, who is now in jail, after being fired and prosecuted for this. He was prosecuted only because he refused to resign, and because the tragedy was on national TV, for a long time.

One of the victim's father said that he used to see his 16 years old daughter (shot dead) at home. Now, when he wants to see his daughter, he must go to the local cemetery. The Claimant's claim, and her mother's, are not the only claim about the defendants and their criminal syndicate. The facts about the aforementioned criminal syndicate's actions show their implacable and strong hatred against anyone who refuses to leave their religion and join their syndicate.

The defendants and their criminal syndicate hate, and hunt down, anyone who is perceived to be an enemy of corruption, wickedness, and sin; Civilians who claim their salaries, pensions, government benefits, or private property, and do not belong to he said criminal syndicate, are basically exterminated. The said Claimant and her mother have been the victims of ELEVEN Arbitrary Arrests,

illegal incarcerations, and Extra Judicial Execution-Attempts. Nevertheless, the said criminal syndicate has been unable to prove one crime committed by them; not one.

Prof Martinez has been incarcerated for weeks, without being allowed to see a judge [which is illegal, in the United States], without being formally charged, without being tried before a jury of her peers, and without ever being given her right of replica. She has been tortured and drugged against her will (war-style) and against her religion, and videotaped before, during and after, urinating and defecating; stripped down from her clothing, by strangers and sexually harassed.

This Christian, College Professor has also been threatened with being given electric shocks if she dares to take a shower, while incarcerated. Also, she has been ordered to go into the freezing weather without shoes and without a coat, by the said Chief of Police and other defendants.

Christian College Professor Martinez was also forced to walk without shoes for weeks, and pinched with needles that made her arm grow and look like it had baseballs in them, while she was given to nurses-students, to practice, learn, and experiment with her.

Prof Martinez, while illegally incarcerated, was deprived from drinking water for FIVE days and put in a freezing jail cell without a banket or a coat [the defendants know that Prof Martinez has weak lungs, because the said DSS-Commissioner and his criminal-syndicate have access to her medical records, for the purpose of paying for her true-medical condition]: weak lungs. By the grace of God, she is alive.

While in jail, Prof Martinez saw that there were security cameras [whose videos were refused to her and the news reporters], recording everything. Prof Martinez saw that the said security cameras' videos recorded that she was the only one, in jail, who was given this disparate, cruel treatment.

When the said Police Chief and the DSS Commissioners sent "their people" to victimize the Claimant and her mother, through police-terrorism and Arbitrary Arrests, they were extremely mocking, vulgar, and violent, against the Claimant and their religion. There are more than 400 security cameras in her building.

The defendants and their criminal syndicate also asked the truly mentally ill patients in the bogus, Waterbury Hospital, where Prof Martinez was illegally incarcerated [after the defendants' criminal, fabricated, cases, against her, did not go anywhere], to physically attack Prof Martinez. They also conditioned the true patients to do so. One of the stressed-out patients who got tired of witnessing the intense harassment almost went into a fistfight with the

27

attacking patients. This was at the bogus Waterbury Hospital's clinic, on the 8th floor.

Also, the professor was not allowed to practice her religion, take the holy communion, or pray. Before she was going to be Extra Judicially Executed, they stripped her from her scapulary and holly rosary; because they know that, if she died without it, she would not go to heaven right away, according to the Holly Bible and the Sacred Tradition of the Church of Christ.

The drugs that were forced down Prof Martinez's throat, by the said defendants and their criminal syndicate left her with black circles around her eyes, a nervous tic, and brain-damages. During one of the said criminal syndicate's Arbitrary Arrests and home invasion of the Claimant's apartment, on November 24, 2021, the defendants stole the elderly, disable Claimant's mother's medication, assaulted, and battered the 71 years old [that has epilepsy, two cancer operations, arthritis, a severe spinal cord injury, and walks with a scooter], and left her with severe, irreparable brain-damage, spinal cord, rips, knees, eardrums, and hips-damage.

The elderly, disable Claimant had chronic body, ear, head, and spinal cord pains for about FOUR MONTHS, after the assault and battery; by the 250 lbs., male, Christian hater, "police officer." The injuries from the February 15, 2023, home invasion, Arbitrary Arrests, and Extra Judicial Execution-Attempts are separate from the November 24, 2021 -Home Invasion, by the said criminal syndicate-member defendants.

During the said Christian, professor's Arbitrary Arrest and illegal incarceration at the bogus Waterbury Hospital, someone put a deadly virus on her food, while the defendants stalled taking her to a judge and kept her illegally incarcerated for NINE days. This was while they figured out a way to Execute her Extra Judicially.

And, one of Prof. Martinez's cellmates almost died from testing Prof. Martinez's food (because she took a small part of it, by mistake). A requirement for **THE MARCH MAN ACT**, that the said Christian College Professor did not, and has NEVER, qualify for is the usage of alcohol or drugs (or ANY kind).

Despite the aforementioned requirement, the said defendants and their criminal syndicate used, and misused, **THE MARCH MAN ACT** (which clams mental illnesses due to substance abuse – alcohol or drugs) for their Arbitrary Arrest, illegal incarceration, and Extra Judicial Execution-Attempt of Prof. Martinez.

This is even though she doesn't drink, smoke, or use any drugs; and they cannot claim mental illnesses without the drugs and alcohol factor; because

the Professor has the evidence that she is in a state of sui juris, and a natural living woman.

**THE MARCH MAN ACT** says that a mentally ill person can only be retained for three days (72 hours), but the said DSS-Commissioner [a sore loser], his Chief of Police friend, the bogus, Money Laundering Griffin Health Corporation, and their criminal syndicate illegally incarcerated the professor for NINE days.

Also, they never proved that she was "a danger to herself or to others [which is proven in a trial and before a judge]," or "gravely disable [unable to provide her basic needs]." This is why they never took her before a judge because the purpose of their illegal use of **THE MARCH MAN ACT** was to remove her from her home and take her to the said bogus' Griffin Health Corporation-hospital; to be Extra Judicially Executed. This is also why one of the female, criminal-syndicate member, was wearing her clothes as soon as she took them off.

The professor was not supposed to come out of this Griffin Health Corporation Hospital alive. This is why the said Chief of Police was ready to steal the second Claimant's mother's vehicle (the Honda Pilot, 2005), after he stole the Toyota 4Runner; by putting a "Being Towed for lock of insurance," illegal sticker on it. With the professor gone, and the elderly disable, Claimant's mother alone, he could take advantage of the elderly, disable woman, and go "back to his old tricks (stealing cars without legal consequences)."

With the deadly virus put on Prof. Martinez's food, while the Griffin Health Corporation blocked her from seeing a judge, the said criminal syndicate had the professor's first cellmate **(Sharlene Russell)** vomiting and with diarrhea for five days. No doctor in the entire hospital could stop the virus for five days. And, when they could stop it, they immediately kicked her out. The same thing happened with the second cellmate **(Veronica)**.

At night, the "nurses" got into Prof. Martinez's cell and smoked Marijuana [because the DSS-Commissioner knows about her bad lungs and secondhand smoke]. The professor was kept awake every night, Military torture-style. Prof Martinez was also put with Covid-19 Patients, even though she did not have Covid, and her mother was told that she was incommunicado to protect her from the Covid Virus and avoid it.

The said Claimant and her Christian mother have been the victims of the same siege, by the said criminal syndicate, their police-terrorism, their stalking, their following them around, and their purposely destroying their personal property for the last 22 years. And, when they file local, state, or federal lawsuits, to stop this, the said criminal syndicate-judges fraudulently "dismiss" the cases claiming that the said syndicate-government employees have "Sovereign Immunity" and fabricating other excusing to, fraudulently, "dismiss" the cases.

The Claimant and her Christian daughter are also told that they are denied a grand jury trial because they did not show "probably cause." This is after their probable cause and evidence is taken out of their court-file and thrown away, by the said syndicate-members, working in the courts. "Sovereign Immunity" only applies when the government employees DO NOT violate the federal law (like the First Amendment Right, the 14 Amendment, and endless federal laws violated by the said syndicate members).

I cannot be a police officer and rape a woman. And, then, have the judge claim, "Sovereign Immunity" and dismiss the case against me; because rape violates the constitution. Similarly, a judge cannot dismiss cases against his criminal syndicate-members and claim that he did not receive the motions (recorded on the security cameras when they were given to his court-staff members).

And, a judge cannot "dismiss" a case because the battered and extremely abused, Christian claimants have filed other cases, which were "dismissed" through federal tampering, court-fraud, falsification of court records, federal tampering, witnesses' intimidation, and assassination.

A "judge" cannot dismiss claims/lawsuits and stop claimants from claiming and obtaining their pensions (for which they worked all their lives), work-payments, federal benefits, and other government benefits. This is UNCONSTITUTIONAL.

The said defendants and their criminal syndicate disconnect the Claimant's phones, cameras, and communication devices before, during, and after the said Arbitrary Arrests. The said 71 years old Christian was assaulted and battered by a 250 lbs., male, atheist, Christian-hater, police officer . He applied a wrestling key to her that cut off the passage of air to her brain and made it pass out. This wresting key is prohibited by the United States and the police cannot use it.

All the aforementioned was just because the elderly, disable Claimant's mother and Claimant Martinez asked for the rest of her mother's pension (for which she worked and contributed to, all her life), her homecare Medicaid, her food stamps, her $320.00-monthly cash-benefits, the stipend-payment for the Claimant (who is the SOLE caretaker, nurse, home attendant and 24/7 personal assistant), and for the Claimant's mother's Medicare Advantage Plan Medical Insurance-benefits.

Since the Claimant's mother heard one of the police defendants tell her Christian daughter that he "was going to kill" her, she though that he had killed her when the Claimant's mother called for 12 hours while her daughter was disappeared by the police. And, the Claimant's mother was being told that

her daughter was not at the bogus Waterbury Hospital. When the Claimant's mother was at a hospital, on one occasion, she was injected with a substance that damaged her kidneys, on purpose.

On another occasion, a nurse was told to inject her with an overdose of a cholesterol buster, when her cholesterol was extremely high. Throughout the whole persecution-years, the said criminal syndicate has gone to bang at the claimant's door, break down her door, and terrorize her, and her mother, at 4 o'clock in the morning, 10 o'clock at night, 11 o'clock at night, 8 o'clock in the morning, and at all times of the day and night.

This is besides the said defendants and their criminal syndicate-members calling them at home, threatening them, and terrorizing them. Throughout all this, the Christian Claimant and her mother have always seen, and heard, obvious signs of alcohol and drug abuse on the defendants and their syndicate-members, via phone and in person.

The Claimant's and her daughter's Constitutional and Human Rights have been absolutely terminated without a trial by jury, as the USA Constitution states. Their salaries, pensions, vehicles, government benefits and other property have been taken away from them, by the said criminal syndicate. The stalking and vigilance on the Claimant and her Christian mother are constant and violent.

The tortures are psychological and physical. Martin Luther king said, "Injustice anywhere is a threat to Justice everywhere." And, we all know who killed him and why. The said criminal syndicate are violating **the Marchman Act, of Connecticut,** and weaponizing this, and other laws [the welfare check, for example], to prevent the Claimant and her Christian mother from practicing her religion and claiming their decently earned, and worked for, government-benefits.

The said defendants and their criminal syndicate have also prevented Claimant and her mother from practicing the 3rd, and 4th Commandments, from the Holy Bible: "Attend the Obliged Church Celebrations and honor them, and Honor thy father and thy mother." This means, among other duties, to attend Easter Holy Celebrations and take care of your mother and father in their old age. This Christian College Professor Solange Martinez has not been, and is NOT being, allowed to do – like on 02/15/23 through 02-24-23 (a violation of the First Amendment Rights).

The said criminal syndicate has obviously prevented the Claimant and her mother from celebrating Easter, together, and praying together, during this important, religious times. Also, the said syndicate has asked the said Christian, College professor, to take her elderly, disable, Christian Mother to a

hospital and abandon her there (so the said DSS-Commissioner and his Criminal Associates can make money out of her by killing her, selling her identity some more, and continuing to get, and packet, her government benefits, which are obtained and dealt with electronically, and through wire transfers).

**The Marchman Act, of Connecticut,** permits the involuntary commitment of people with psychiatric disabilities [proven by the individual's brain's MRI, showing any tumors, brain-abnormalities, production of an abnormal amount of brain-electricity, and other abnormalities; by scientific tests, psychiatric tests, and medical tests; NOT by hearsay [GOSSIP] from people who have lost court-cases when in court against the person being involuntarily committed, in retaliation because s/he won the court case against them].

Also, they are supposed to show drug or alcohol usage, which doesn't corelate to Prof Martinez; because she does not drink, smoke, or use any drugs (and NEVER has). The clause "involuntary commitment of people with psychiatric disabilities" refers to people who are a danger to themselves or to others [due to drugs or alcohol abuse]. And, the professor has shown that the defendants (not her) are a danger to themselves and to others; not the other way around.

This is why the news reporters have run the stories that the professor has given them. And, this is why the said Police Chief, and other defendants, trashed her mother's vehicles, broke her scooter, stole her medication, and cowardly assaulted and battered her elderly, disable mother.

This is why the said DSS-Commissioner, who lost a court-case in which Prof Martinez represented the plaintiff (Ms. Oyarzun), avoids taking the professor to a court, before a judge, or to a trial: because he and his criminal syndicate-associates will immediately fail to prove that the professor is "a danger to herself or to others," and much less a drug or alcohol-user.

As shown to the news reporters, and everyone else, the said criminal syndicate and its members use **The Marchman Act,** and the color of law, as weapons to retaliate against the said Christian Professor and her mother (for winning the court-case against a member of the said criminal syndicate): the DSS Commissioner. Members of the said criminal syndicate told the Professor that she "is too smart for her own good!"

Additionally, "A gravely disable person is someone who may suffer serious harm because s/he fails to provide for her/his basic human needs, and refuses to accept necessary hospitalization." Clearly, if the professor has an undergraduate degree and a graduate degree, and passed her 8 hours, graduate degree exams, with a perfect 100, she does **NOT** qualify for being "gravely disable."

The aforementioned is why the said Chief of Police, his DSS-Commissioner friend, and his bogus Griffin's Health Corporation-friends, avoid taking the said Christian, College Professor -- the Claimant's SOLE caretaker [ for the last 22 years] -- before an impartial judge, a jury, and to a criminal trial; although she has asked for this, many times.

"The **Marchman Act** is applied ONLY to individuals with incapacity due to substance abuse, whereas **The Baker Act** is applied to individuals incapacitated due to mental illnesses. The said syndicate cannot Baker Act her because they know that the said professor's credentials, the evidence she has given to the news reporters to run their stories, and her current work, speak for themselves. And, they cannot show mental illnesses. Therefore, they "go for" "the **Marchman Act**" and claim that she is NOT "mentally ill;" but that she drinks and uses drugs and THEY make her mentally ill.

But schizophrenia, bipolar disorder and Parkinson do not "come and go" just like this. They do not "show up" for drinking or using drugs and, then, go away. This is IN CASE that he Christian, College Professor did drugs; but, as everyone knows, she does not drink, smoke, or use ANY drugs. She has NEVER had. This is also why the said criminal syndicate refused to take her before a judge; because the judge would immediately see that she is COMPLETELY sober.

The said defendants and criminal syndicate-ever lasting problem is that the professor doesn't drink, smoke, or use any drugs. They are angry because she has never done so. Hence, how are they going to show their fabricated "mental illnesses" due to drug addiction or alcoholism?

Claimant Martinez and her mother ask the following: please, act now, against the said Police Chief, DSS-Commissioner, and bogus Griffin Health Corporation, their money laundering, and their Criminal Syndicate; before it is too late for their endless victims.

4. The items of damages or injuries are:

Between July 7, 2019, and the present, the claimant's mother has been asked to vacate her apartment, and subjected to gruesome and truculent hate-crimes (against her and the Claimant), elderly and disable-citizens-endangerment as well as homelessness in her immediate future through her forced removal.

This is to continue with the "Roving Scheme" and continue to get millions of dollars from the USA Government by making the Government, and the taxpayers, believe that Claimant moves around a lot (every few weeks or so). Thus, the DSS Commissioner supposedly needs millions of dollars to keep paying for all the "moving expenses," security deposits, rent-payments, and other items, that he has been making up;

Since 2019, Claimant and her mother have been enrolled in different, bogus, DSS, and DSS-related-programs (for which they do not qualify). This is without their knowledge or consent, and with the purpose of defrauding the US Government of billions of dollars. The Claimant and her daughter had nothing to do with this, were invited to join the organized crime, and its syndicate, to continue the fraud and they refused.

Because of their refusal the said defendants and their criminal syndicate have practiced racketeering and influence peddling against the Claimant and her Christian daughter (for refusing to take her to a hospital and abandoning her there; so, the DSS-Commissioner and Griffin Health Corporation can make more money out of her). The said defendants and their criminal syndicate have done this, in order to continue to defraud the USA Government, and the claimant as well as her said mother; and, eventually, kill them.

Additionally, claimant is being subjected to disparate terms and conditions as well as illegal discrimination, gruesome hate-crimes, Christian persecution, and Human Rights Violations through the illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT** and subjected to illegal discrimination at almost every medical office, and business-office, that they have gone to, or done business with.

They have been illegally discriminated in housing and conditions of living for 22 years in New York, New Jersey, and Connecticut (where the said criminal syndicate have been defrauding the USA Government through Welfare and bogus DSS-Programs). In this last state, there has been gruesome, illegal discrimination by the said Police Chief, the DSS-Commissioner, and their associates.

Some [not all] of the Crimes, and Human Rights Violations, Committed against the said Christian Claimant and her Christian mother [just because they refused to stop practicing Christianity and join the said defendants in their organized crime] are the following:

retaliation for asking for their pension, salary, and other government benefits; illegal discrimination by the Claimant's landlords and their foundation, and their refusal to give the Claimant and her mother access to their parking spaces, in the building (as all the non-Christian tenants are given). As a

consequence, their vehicles have been stolen by the landlords' friends and business-associates, from the streets (after the landlords denied them access to their parking spaces within their building).

The denial of medical treatment, constant police harassment, stalking, following, unreasonable search and seizures, illegal, and fraudulent "welfare checks," the illegal use and misuse of **THE MARCH MAN ACT** and **THE BAKER ACT** (for which neither the claimant nor her Christian, mother, qualify).

The filing of false "Emergency Certificates" against them (by the DSS-Commissioner after they won a court-case against him [for more than half a million dollars], the DSS-Commissioner, his Police Chief friend/their staff calling them at home and telling them that, if they don't join the organized crime, the police terrorism, Arbitrary Arrests, and Extra Judicial Execution Attempts will not stop.

Although they have gone through all the legal and constitutional channels available in the USA, Christian Claimant Martinez, and her mother (Oyarzun) continue to be the victims of excessive [police] force, racial profiling, racial slurs, systematic harassment, and hate crimes. This has significantly deteriorated their health.

The Claimant and her Christian, mother have been subjected to verbal and physical attacks, illegal incarcerations, kidnappings, extra judicial execution-attempts, and White Cell-Usage (torture), when it comes to the Claimant.

They continue to be Arbitrarily Arrested without committing any crime and the defendants have been keeping the Arbitrarily Arrested Claimant incommunicado (which is considered tortured by the Human Rights laws [nationally and internationally], because this is done by government-employees).

For keeping the 4th Commandment of God, the said Christian Professor has been stripped from her clothes [after Arbitrarily Arrested and taken to the said Commissioner's friends' hospital, to be arbitrarily executed]. During the Arbitrary Arrest of February 15, 2023, her clothing was given to one of her kidnappers, who wore it for the 9 days, during which this Christian Victim was scheduled for an Extra Judicial Execution.

While at the bogus Griffin Health Corporation's Waterbury Hospital and its Clandestine Clinic, the said Christian Professor was exposed to many Extra Judicial Execution-Attempts. Despite this, the defendants' Human Rights 'connections' have delayed their enforcement of the Anti-Human-Rights laws regarding this case (to give the said defendants, and their criminal syndicate, time to murder the Christian Victims).

The defendants laughed when Ms. Oyarzun and her Christian, College Professor daughter gave them a copy of the federal Human Rights Complaint, against them. The Human Rights Commission's employees are given free parking by the claimant's landlords, and employees of CHRO are part of the said criminal syndicate, themselves. And have aided and abated it, many times.

The Commission on Human Rights-staff benefits from "favors" from the DSS-Commissioners, the Claimant's landlords, and the said Chief of Police as well as his subordinates.  And, the landlords give a monthly amount of money to the Waterbury Chief of Police to "get rid of any "problems [unwanted, Christians and tenants]."" The defendants have committed all the crimes mentioned in this document UNDER THE PRETENSE  OF LEGALITY, as the law defines it.

The said Waterbury Police Chief and his staff constantly go to the claimant's apartment, yell at her, break her door-locks, break down her door, violently pick up and through her mother's walker, dining table- chairs, and scooter around.  And, they break into their apartment when they are not there, and burglarize it.

The said defendants and their criminal syndicate-members also tell the said Christian Professor [who doesn't have tattoos, and wears a rosary and lose, not tight, clothes, as the female police officers and DSS-staff members wear] that they "can tell that she is crazy, just by looking at her]."

Their Atheist and Christian Haters-associates, from Griffin Heath Corporation, diagnosed her with dementia, schizophrenia, bipolar disorder, depression, delusions, and delusion of grandeur [while they make fun of her for buying at the 99 cents stores and donating her stipend-payments to people who are poorer than she and her mother are].

The said defendants and their criminal syndicate also "diagnosed" Prof Martinez with psychosis, and believing that the videos showing the police breaking her mother's door, door locks, and recorded conversations given to the news reporters are only in her mind. That this never happened.

They claim that the news reporters are delusional, too.  Nevertheless, when they ran the story about the ordered hits (by Judge Frank Iannotti and Waterbury State Prosecutor Catherine Austin, in the Criminal Court), they quickly removed them, both, form their positions. The judge was removed and the prosecutor was given the option to quickly "retire," or be charged with court-fraud (together with the said judge).

The Atheist and Christian Haters-associates from Griffin Heath Corporation diagnosed Christian, College Professor with Parkinson, liking money [they consider this a "mental illness"], being a maniac and constantly trying to

36

commit suicide [although their hospital, landlords' friends-building, and Waterbury-city are infested with security camera and they have never been able to come up with a video, or any proof, of the fabricated suicide-attempts].

They also diagnosed Prof. Martinez with being psychotic, too. All these very **CHRONIC** "mental illnesses" were "diagnosed" WITCH-CRAFT-STYLE (without doing a single MRI of the brain, a single medical exam of any kind, or a single psychiatric evaluation).

The said defendants and their criminal syndicate claim that Griffin Health Corporation's doctor, Joseph Podalski, did all the said diagnoses and evaluations, through his telepathic skills. They claim that he can do this without even seeing the said Christian Professor or speaking with her.

Griffin Health Corporation claims that they can diagnose the said mental and neurological illnesses through high technological and telepathic skills. The said defendants, and their New York and New Jersey organized crime-associates continue Arbitrarily Arresting Claimant and her mother and drawing blood from them [to use them to commit crimes] without a court order.

The defendants continue breaking down their doors without a court order, searching their apartment without a search warrant, and telling the claimant and her mother, "we can do whatever we want with you! We have the authority to do whatever we want with you!" while yelling at them, drugged, and intoxicated.

As soon as the Professor is arbitrarily arrested, the Chief of Police and the DSS-Commissioner are given **Complete and Absolute "custody"** of the professor, to be taken to a location and be subjected to an Arbitrary Execution. This is through the illegal use and misuse of **THE MARCH MAN ACT** (which clams mental illnesses due to substance abuse – alcohol or drugs).

Nevertheless, the said defendants and their criminal syndicate never take Prof. Martinez before a judge or a grand jury and show that she has "mental illnesses" due to drug or alcohol usage; which is REQUIRED in the use of **THE MARCH MAN ACT**. Drug use and abuse of alcohol are illegal in the United States. They are crimes.

Despite the aforementioned, the said Police Chief and his criminal syndicate avoided filing criminal charges against Prof Martinez and taking her before a grand jury. When it comes to the said Christian Professor, the said defendants avoid Due Process like the devil avoids the Holy Cross.

The Christian-Haters, defendants, Illegally, use and misuse **THE MARCH MAN ACT** and incarcerate the Christian, College Prof. Martinez, for a long time,

without taking her before a judge, formally accusing her of any crime, and without being tried by a jury (as our USA Constitution states MUST be done).

All the said Arbitrary Arrests have been done through the taking away of ALL rights from her, and without a trial by jury (which is her **constitutional right**). The Atheist defendants use their disparate treatment, and prejudiced opinions about God, to use the "Color of Law" as a weapon to persecute and hunt down Claimant Martinez, her mother, and other civilians. They do this to execute Arbitrary Arrests, and Extra Judicial Executions on them.

The forced vanishing of Prof. Martinez [after being Arbitrarily Arrested by the said police], for 12 hours, and her being incommunicado is unconstitutional. It is a violation of the United States Constitution. The claimant and her mother still continue to be threatened by the defendants and their associates with malicious prosecution cases, and death.

The defendants and their criminal syndicate have threatened the Claimant, her mother, and members of the media with retaliation if they dare to give the video evidence, or any evidence, or documents (against them) to the public. The defendants have a complete disregard for the law, the press, the constitution, the civil rights, the human rights, and human life.

The Christian Claimant and her daughter have been told [by Christian Organizations] that they are the subject of an ignominious martyrdom, because of the gruesome hate crimes against them, and the extra sensorial and the psychological torture that they have endured.

Through their police terrorism, the defendants maintain them disoriented and, when taken to hospitals owned by the said criminal syndicate-members, Prof. Martinez is drugged against her will, denied water for 5 days, forced to walk without shoes, and prevented from being hydrated, taking showers, or washing her hands, as human being do.

In this appalling Christian-persecution case, the local, state, and federal judges have no say. They must do whatever the said criminal syndicate tells them to do. It is a matter of self-preservation and survival. The said defendants are extremely violent, vulgar, and corrupt. They have shown that there is no rule of law in the United States, and that any Christian refusing to join the organized crime will be Persecuted and hunted down.

The Court-Clerks, at the local Waterbury Superior and Probate Courts, take the Claimant's lawsuits, and her mother's, against the defendants and other members of the said criminal syndicate, and do NOT stamp and file them. This is although the constitution states that they MUST do so. This is a crime punishable with NINE years in prison. Nevertheless, this does not happen to

these court-clerks, practicing at the local, state, and federal courts, who have been engaging in court-fraud.

The Constitution of the United States does not allow government employees to make judgement on other people's religion (because it is against the First Amendment Rights). However, the defendants' Arbitrary Arrests, illegal use, and misuse, of **THE MARCH MAN ACT**, and illegally incarcerations of the Claimant (for complying with the 4th, 5th, 6th, and 7th Commandment of God, according to the Holly Bible), shows that the defendants and their criminal syndicate don't care about the US Constitution. They criminalize the Claimant's, and her daughter's, practice of their Cristian religion.

In this case, the defendants, their criminal syndicate, and their influence peddling have committed, and continue to commit, an endless chain of Human Rights-Violations, of basic Human Rights (such as the right to preserve human life and one's physical integrity).

This is just because the hunted down Christians think differently from the government-employees that belong to the organized crime. The claimant and her mother do not want them to continue to use them to defraud the taxpayers and USA Government. The Claimant's mother was almost arrested, once. She was confused with one of the said syndicate's members.

All the aforementioned, gruesome, human rights-crimes, the stealing of their vehicles and personal property, the persecution, the Arbitrary Arrests, the illegal incarceration, and the Extra judicial Execution-Attempts are just because the Claimant and her mother refused to leave their religion and join the organized crime. Also, because the Claimant and mother asked for their pension, stipend-payments, Stimulus Checks, food stamps, Home Care Medicaid, and the rest of their government-benefits.

The Said defendants and their criminal syndicate have turned The United states into the "Roman Empire:" if you don't do whatever they say, whenever they say it, however they say it, and with whoever they say it, you will be persecuted, hunted down, and will dose everything you own, including your life.

Besides illegally applying **THE MARCH MAN ACT** and **THE BAKER ACT** (for which the said Christian Claimant and her Christian, mother do not qualify) indiscriminately, the defendants apply arbitrary norms against anyone who don't do whatever they say, however they say, and with whoever they say it. There is no limit to their arbitrary and criminal actions.

Their practice and criminal actions are absolutely wicked and lack the most minimum legality. The defendants', and their criminal syndicates' actions against the Claimant and her mother "show" everyone else, "this is what will

happen to you if you don't do whatever we say, whenever we say it, however we say it, and with whoever they say it."

Consequently, everyone who they tell not to associate with the said Christian Claimant and her Christian mother, and not to help them in any way, shape, or form, do so (for fear).   The actions of the defendants (The said Chief of Police, his DSS-Commissioner-friend, Griffin Health Corporation, and their criminal syndicate-members) are absolutely outside of the law.

The defendants' criminal acts include, but are not limited to, stripping the Christian, College Professor from her scapulary and holly rosary, and throwing them on the floor (a grievous offense to God and the victim's religion), taking the image of our Lord, Jesus Crist, in the form of a Crucifix, and throwing it on the floor, after breaking down her door without a court order, a search warrant, or an arrest warrant.

This was after hitting the 10 commandments, posted on the claimant's door, with a hatchet, more than 50 times, for more than an hour.  This was while they were raving for a few seconds and, then, laughing hysterically for a few seconds, and vice versa.  They showed very obvious signs of a lot of drug and alcohol abuse. The Claimant and her Christian mother were terrorized.

The Commandments were right next to the image of Mother Mary (the Mother of God) and our Lord Jesus Christ.  The damages caused to the Claimant, and her mother, need to be repaired.  They need, and the law calls for, immediate relief.

The defendants' and their organized crime-syndicate's criminal actions, against the said elderly, disable Christian, her daughter, and other civilians, are very nefarious and truculent. Because the Claimant was told by her mother to contact the news reporters and expose the said government-employees' syndicate, publicly, the said criminal, syndicate see themselves as "caught red-handed.'

Consequently, their hate-crimes, retaliation, and persecution become fiercer and more aggressive. They see themselves on video, everywhere, committing crimes, violating, and betraying their oath and batches, and they cannot deny the facts, anymore.

Consequently, they want to murder the Claimant and her mother, at all costs. This is why they don't show probable cause or get a court order to arrest them. Because there is no crime committed by the said Claimant or her Christian daughter.

The defendants and their criminal-syndicate show criminal intentions and Extra Judicial Executions-Attempts every time they run, or try to run, the old

Welfare-Check Scheme. This is why they don't file formal charges against them, take them to court, before a judge, and before a grand jury. They just want to Arbitrarily Arrest them, take them to their "place of business," and Extra Judicially Execute them. And, they have done this without following the due process, because the matter against the Claimant and her Christian mother is not legal. It is personal.

The Christian Claimant and her mother are periodically and Arbitrarily Arrested, for a long time [ for weeks, in the case of the Christian, College Professor], without being formally accused of any crime before a judge. In the case of this Christian professor, she has been denied her right of replica when "formally" accused of fabricated, ridiculous crimes against her [like cancelling doctors' appointments; which is not a crime, in the United States].

The persecution is so fierce, that the said Christian, College Professor has been Arbitrarily Arrested with an Arrest Warrant signed by a lawyer, impersonating a judge. The Professor contacted the news reporters and she was immediately released. On another occasion, a corrupted judge, who was offered a government-position, in exchange for Arbitrarily Arresting and illegally incarcerating the professor. So, he (judge Gallagher) ordered her Arbitrary Arrest, without a court-order or an arrest warrant.

Another judge ordered a failed hit on the professor and the elderly, disable Claimant. In this, later, removed Judge (judge Frank Iannotti)-case, Prof. Martinez asked for a trial by jury, since the said judge refused to recuse himself from the case. But it was denied to her. She submitted motions to reply to the fabricated charges and ask for a trial by jury; but the said criminal -syndicate-judge and his other criminal associates claimed that they never received these motions.

The aforementioned was despite being caught on video, doing so. The case was transferred to another criminal-syndicate-judge (judge Jaison Lobo) and Prof Martinez asked to be allowed to speak before these corrupted judge, but this right was also denied to her (which is unconstitutional).

Incredibly, the Christian, College Professor was found guilty of "resisting arrest," without being given her right of replica, and when there was no crime committed [to be arrested for]. And, the said Police-defendants were videotaped while they were taking the professor to be executed and she told her mother to allow them to take her (because she was recording them with hidden cameras).

She trusts her Lord Jesus Christ, and He returned her to her home, even though she was scheduled for an extra judicial execution, by the DSS-Commissioner, his Chief of Police friend, and his business partner (Griffin

Health Corporation). All this have been done "under the pretense of legality," as defined in the US Constitution."

Under the pretense of legality, the said defendants and their criminal syndicate have had a wave of confiscation of private property belonging to the claimant and her mother. This is including, but not limited to, their vehicles, computer equipment, jewelry, medication, medical equipment, pensions, stipend-payments, Checking Accounts at TD Bank [where the defendant launder money with the Claimant and her daughter], homecare Medicaid, Medicaid's and Medicaid's benefits, and Medicare Insurance Plan's benefits (for which the Claimant and her mother have worked all their lives).

Because of their refusal to join the organized crime, the said defendants and criminal syndicate have subjected the Claimant, and her mother, to degrading treatment, terrifying threats, and violence of all types, torture, and gender violence (physical, psychological, mental damages, and sexual damages, as well as coercion and other forms of depraving the Claimant and her daughter of property, liberty, and pursue of happiness).

The said defendants and their criminal syndicate also had TD Bank tell Claimant and her mother that they are not allowed to access their bank accounts (checking accounts). TD bank told them, in writing, that they closed their bank accounts; then, changed the accounts' phone numbers and contact information and has the commissioner and other defendants continue to money launder with their accounts (wire money, from and to, the accounts belonging to the Claimant and her daughter).

**Republican Senator Santos** was arrested and charged for this crime. However, **Republican Senator George Logan**, the rest of the defendants, and their criminal-syndicate have not been arrested or charged for committing the same crime. The banking laws are subjected to the Human Rights laws. When the banks violate these laws, they also violate the banking laws. When they violate banking laws, they violate the US laws.

The Consumer Financial Protection Bureau Covers up for the said criminal syndicate and the office of the Comptroller of the Currency is aware of this and nothing has been done regarding this. The said criminal syndicate has blocked the aforementioned crimes from being prosecuted in the United States, And, all criminal syndicate-connected-banks are protected from being prosecuted for money laundering and other serious, federal crimes.

The said criminal syndicate has had other elderly, disable citizens Arbitrarily Arrested and murdered, by another police officer (in another state, FL) in

charge of other officers, who were ordered to do the Extra Judicial Execution on the elderly citizen. Her name was Elvira Williams.

We reported this, many times, while the said police officer (like the Waterbury Chief of Police-defendant) was kidnapping her and before she was assassinated. Our Dept of Justice did nothing. She was assassinated by the supervisees of this police officer.

Subsequently, there was a shootout at a high school in the United States. This police officer ordered his supervisees NOT to do anything to stop the shooter (because he had no regard for human life, like Chief Fernando).

More than 15 students, teachers, and staff were shot down and killed by the shooter. If our Dept of Justice had stopped the said police officer when we reported him, all those victims would be alive, and with their families, now. The high school was the Florida, Broward County-high school. The said police officer was the said county's sheriff, who is now in jail, after being fired and prosecuted for this. He was prosecuted only because he refused to resign and the tragedy was on national TV for a long time.

One of the victim's father said that he used to see his 16 years old daughter (shot dead) at home. Now, when he wants to see his daughter, he must go to the local cemetery. Claimant's claim, and her mother's, are not the only claim about the defendants and their criminal syndicate. The facts about the aforementioned criminal syndicate's actions show their implacable and strong hatred against anyone who refuses to leave their religion and join their syndicate.

The defendants and their criminal syndicate hate, and hunt down, anyone who is perceived to be an enemy of corruption, wickedness, and sin; Civilians who claim their salaries, pensions, government benefits or private property, and do not belong to the said criminal syndicate are basically exterminated.

The said Claimant and her daughter have been the victims of ELEVEN Arbitrary Arrests, illegal incarcerations, and Extra Judicial Execution-Attempts. Nevertheless, the said criminal syndicate has been unable to prove one crime committed by them; not one.

Prof Martinez has been incarcerated for weeks, without being allowed to see a judge [which is illegal, in the United States], without being formally charged, without being tried before a jury of her peers, and without ever being given her right of replica. She has been tortured and drugged against her will and against her religion, and videotaped before, during and after, urinating and defecating; stripped down from her clothing, by male strangers and sexually harassed.

This Christian, College Professor has also been threatened with being given electric shocks if she dares to take a shower, while incarcerated. Also, she has been ordered to go into the freezing weather without shoes and without a coat, by the said Chief of Police and other defendants. Christian College Professor Martinez was also forced to walk without shoes for weeks, and pinched with needles that made her arm grow and look like it has baseballs in hem, while she was given to nurses' students, to practice, learn, and experiment with her.

Prof Martinez, while illegally incarcerated, was deprived from drinking water for FIVE days and put in a freezing jail cell without a banket or a coat [the defendants know that Prof Martinez has weak lungs, because the said DSS-Commissioner and his criminal-syndicate have access to her medical records, for the purpose of paying for her true-medical condition: weak lungs]. By the grace of God, she is alive.

While in jail, Prof Martinez saw that there were security cameras [whose videos were refused to her and the news reporters], recording everything. Prof Martinez saw that the said security cameras' videos recorded that she was the only one, in jail, who was given this disparate, cruel treatment. When the said Police Chief and the DSS Commissioners sent "their people" to victimize the Claimant and her mother, through police-terrorism and Arbitrary Arrests, they were extremely mocking, vulgar, and violent, against the Claimant and their religion. There are more than 400 security cameras in her building.

The defendants and their criminal syndicate also asked the truly mentally ill patients in the bogus, Waterbury Hospital, where Prof Martinez was illegally incarcerated [after the defendants' criminal, fabricated, cases, against her, did not go anywhere], to physically attack Prof Martinez. They also conditioned the true patients to do so. One of the stressed-out patients who got tired of witnessing the intense harassment almost went into a fistfight with the attacking patients. This was at the bogus Waterbury Hospital's clinic, on the 8th floor.

Also, the professor was not allowed to practice her religion, take the holy communion, or pray. Before she was going to be Extra Judicially Executed, they stripped her from her scapulary and holly rosary; because they know that, if she died without it, she would not go to heaven right away, according to the Holly Bible and the Sacred Tradition of the Church of Christ.

The drugs that were forced down Prof Martinez's throat, by the said defendants and their criminal syndicate left her with black circles around her eyes, a nervous tic, and brain-damages. During one of the said criminal syndicates Arbitrary Arrests and home invasion of the Claimant's apartment, on November 24, 2021, the defendants stole the said elderly, disable woman's medication, assaulted, and battered the 71 years old [that has epilepsy, two cancer

operations, arthritis, a severe spinal cord injury, and walks with a scooter], and left her with severe, irreparable brain-damage, spinal cord, rips, knees, eardrums, and hips-damage.

The elderly, disable Claimant had chronic body, ear, head, and spinal cord pains for about FOUR MONTHS, after the assault and battery; by the 250 lbs., male, Christian hater, "police officer." The injuries from the February 15, 2023, home invasion, Arbitrary Arrests, and Extra Judicial Execution-Attempts are separate from the November 24, 2021 -Home Invasion, by the said criminal syndicate-member defendants.

During the said Christian, professor's Arbitrary Arrest and illegal incarceration at the bogus Waterbury Hospital, someone put a deadly virus on her food, while the defendants stalled taking her to a judge and keeping her illegally incarcerated for NINE days. This was while they figured out a way to Execute her Extra Judicially.

Also, one of her cellmates almost died from testing Prof. Martinez's food (because she took a small part of it, by mistake). A requirement for **THE MARCH MAN ACT**, that the said Christian College Professor did not, and has NEVER, qualify for is the usage of alcohol or drugs (or ANY kind). The professor invites anyone to give her a drug or alcohol test, without notice; to prove her point.

Despite the aforementioned requirement, the said defendants and their criminal syndicate used, and misused, **THE MARCH MAN ACT** (which clams mental illnesses due to substance abuse – alcohol or drugs) for their Arbitrary Arrest, illegal incarceration, and Extra Judicial Execution-Attempt on Prof. Martinez.

This is even though she doesn't drink, smoke, or use any drugs; and they cannot claim mental illnesses without the drugs and alcohol factor; because the Professor has the evidence that she is in a state of sui juris, and a natural living woman.

**THE MARCH MAN ACT** says that a mentally ill person can only be retained for three days (72 hours), but the said DSS-Commissioner [a sore loser], his Chief of Police friend, the bogus, Money Laundering Griffin Health Corporation, and their criminal syndicate illegally incarcerated the professor for NINE days; leaving her elderly, disable mother unattended and without her epilepsy medication.

Also, they never proved that Prof. Martinez was "a danger to herself or to others [which is proven in a trial and before a judge]," or "gravely disable [unable to provide her basic needs]." This is why they never took her before a judge because the purpose of their illegal use of **THE MARCH MAN ACT** was to

45

remove her from her home and take her to the said bogus' Griffin Health Corporation-hospital; to be Extra Judicially Executed. This is also why one of the female, criminal-syndicate member, was wearing her clothes as soon as she took them off.

The professor was not supposed to come out of this Griffin Health Corporation Hospital alive. This is why the said Chief of Police was ready to steal the second Claimant's vehicle (the Honda Pilot 2005), after he stole the Toyota 4Runner; by putting a "Being Towed for lock of insurance," illegal sticker on it. With the professor gone, and the elderly disable, mother alone, he could take advantage of the elderly, disable woman, and go "back to his old tricks (stealing cars without legal consequences)."

With the deadly virus put in Prof. Martinez's food, while the Griffin Health Corporation blocked her from seeing a judge, the said syndicate had the professor's first cellmate (**Sharlene Russell**) vomiting and with diarrhea for five days. No doctor in the entire hospital could stop the virus for five days. And, when they could stop it, they immediately kicked her out. The same thing happened with the second cellmate (**Veronica**).

At night, the staff members impersonating "nurses" got into Prof. Martinez's cell and smoked Marijuana [because the DSS-Commissioner knows about her bad lungs and secondhand smoke]. The professor was kept awake every night, Military torture-style. Prof Martinez was also put with Covid-19 Patients, even though she did not have Covid, and her mother was told that she was incommunicado to protect her from the Covid Virus and avoid it.

The said Claimant and her Christian mother have been the victims of the same siege, by the said criminal syndicate, their police-terrorism, their stalking, their following them around, and their purposely destroying their personal property for the last 22 years. And, when they file local, state, or federal lawsuits, to stop this, the said criminal syndicate-judges fraudulently "dismiss" the cases claiming that the said syndicate-government employees have "Sovereign Immunity."

The Claimant and her Christian mother are also told that they are denied a grand jury trial because they did not show "probably cause," after their probable cause and evidence is taken out of their court-file and thrown away, by the said syndicate-members, working in the courts.

"Sovereign Immunity" only applies when the government employees DO NOT violate the federal law (like the First Amendment Right, the 14 Amendment, and endless federal laws violated by the said syndicate members).

I cannot be a police officer and rape a woman. And, then, have the judge claim, "Sovereign Immunity" and dismiss the case against me; because rape

46

violates the constitution.  Similarly, a judge cannot dismiss cases against his criminal syndicate-members and claim that he did not receive the motions (recorded on the security cameras when they were given to his court-staff members).

And, a judge cannot "dismiss" a case because the battered and extremely abused, Christian claimants have filed other cases, which were "dismissed" through falsification of court records, court fraud, federal tampering, and witnesses' intimidation and assassination.

A "judge" cannot dismiss claims/lawsuits and stop claimants from claiming and obtaining their pensions (for which they worked all their lives), work-payments, federal benefits, and other government benefits.  This is UNCONSTITUTIONAL.

The said defendants and their criminal syndicate disconnect the Claimant's phones, cameras, and communication devices before, during, and after the said Arbitrary Arrests. The 71 years old Christian, Claimant's mother was assaulted and battered by a 250 lbs., male, atheist, Christian-hater, police officer . He applied a wrestling key to her that cut off the passage of air to her brain and made it pass out.  This wresting key is prohibited in the United States and the police cannot use it.

All the aforementioned was just because the said elderly, disable woman asked for the rest of her pension (for which she worked and contributed to, all her life), her homecare Medicaid, her food stamps, her $320.00-monthly cash-benefits, the stipend-payment for the Claimant (who is her SOLE caretaker, nurse, home attendant and 24/7 personal assistant.  All the aforementioned crime has just been for asking for the said elderly woman's Medicare Advantage Plan Medical Insurance-benefits, as well as the other benefits.

Since the Claimant's mother heard one of the police defendants tell her Christian daughter that he "was going to kill" her, she though that he had killed her when the Claimant's mother called for 12 hours while her daughter was disappeared by the police.

Also, the Claimant's mother was being told that her daughter was not at the bogus Waterbury Hospital.  When the Claimant's mother was at a hospital, on one occasion, she was injected with a substance that damaged her kidneys, on purpose.

On another occasion, a nurse was told to inject the Claimant's mother with an overdose of a cholesterol buster, when her cholesterol was extremely high. Throughout the whole persecution-years, the said criminal syndicate has gone to bang at the claimant's door, break down her door, and terrorize her, and her

mother, at 4 o'clock in the morning, 10 o'clock at night, 11 o'clock at night, 8 o'clock in the morning, and at all times of the day and night.

This is besides the said defendants and their criminal syndicate-members calling them at home, threatening them, and terrorizing them. Throughout all this, the Christian Claimant and her mother have always seen, and heard, obvious signs of alcohol and drug abuse on the defendants and their syndicate-members, via phone and in person.

The Claimant's and her mother's Constitutional and Human Rights have been absolutely terminated without a trial by jury, as the USA Constitution states should be done. Their salaries, pensions, vehicles, government benefits and other property have been taken away from them, by the said criminal syndicate. The stalking and vigilance on the Claimant and her Christian daughter are constant and violent.

The tortures are psychological and physical. Martin Luther king said, "Injustice anywhere is a threat to Justice everywhere." And, we all know who killed him and why. The said criminal syndicate are violating **the Marchman Act, of Connecticut,** and weaponizing this law, and other laws [the welfare check, for example] to prevent the Claimant and her Christian mother from practicing her religion and claiming their decently earned, and worked for, government-benefits.

The said defendants and their criminal syndicate have also prevented Claimant and her daughter from practicing the 3rd, and 4th Commandments, from the Holy Bible: "Attend the Obliged Church Celebrations and honor them, and Honor thy father and thy mother." This means, among other duties, to attend Easter Holy Celebrations and take care of your mother and father in their old age. This Christian College Professor, Solange Martinez, has not been, and is NOT being, allowed to do – like on 02/15/23 to 02-24-23 (a violation of the First Amendment Rights).

The said criminal syndicate has obviously prevented Claimant and her mother from celebrating Easter together and praying together, during this important, religious times. Also, the said syndicate has asked the said Christian, College professor, to take her elderly, disable, Christian Mother to a hospital and abandon her there (so the said DSS-Commissioner and his Criminal Associates can make money out of her by killing her, selling her identity some more, and continuing to get, and packet, her government benefits, which are obtained and dealt with electronically, and through wire transfers).

**The Marchman Act, of Connecticut**, permits the involuntary commitment of people with psychiatric disabilities [proven by the individual's brain's MRI, showing any tumors, brain-abnormalities, production of an abnormal amount

of brain-electricity, and other abnormalities; by scientific tests, psychiatric tests, and medical tests; NOT by hearsay [GOSSIP] from people who have lost court-cases when in court against the person being involuntarily committed, in retaliation because s/he won the court case against them]. Also, they are supposed to show drug or alcohol usage, which doesn't corelate to Prof Martinez; because she does not drink, smoke, or use any drugs (and NEVER has).

The clause "involuntary commitment of people with psychiatric disabilities" refers to people who are a danger to themselves or to others [due to drugs or alcohol abuse]. And, the professor has shown that the defendants (not her) are a danger to themselves and to others; not the other way around.

This is why the news reporters have run the stories that the professor has given them. And, this is why the said Police Chief, and other defendants, trashed her mother's vehicles, broke her scooter, stole her medication, and cowardly assaulted and battered her.

This is why the said DSS-Commissioner, who lost a court-case in which Prof Martinez represented the plaintiff (Claimant Oyarzun), avoids taking the professor to a court, before a judge, or to a trial: because he and his criminal syndicate-associates will immediately fail to prove that the professor is "a danger to herself or to others," and much less a drug or alcohol-user.

As shown to the news reporters, and everyone else, they use **The Marchman Act,** and the color of law, as weapons to retaliate against the said Christian Professor and her mother (for winning the court-case against a member of the said criminal syndicate): the DSS Commissioner. Members of this syndicate told the Professor that she "is too smart for her own good!"

Additionally, "A gravely disable person is someone who may suffer serious harm because s/he fails to provide for her/his basic human needs, and refuses to accept necessary hospitalization." Clearly, if the professor has an undergraduate degree and a graduate degree and passed her 8 hours, graduate degree exams, with a perfect 100, she does **NOT** qualify for being "gravely disable."

The aforementioned is why the said Chief of Police, his DSS-Commissioner friend, and his bogus Griffin's Health Corporation-friends, avoid taking the said Christian, College Professor -- the Claimant's mother's SOLE taker [ for the last 22 years] -- before an impartial judge, a jury, and to a criminal trial; although she has asked for this, many times.

"The **Marchman Act** is applied ONLY to individuals with incapacity due to substance abuse, whereas **The Baker Act** is applied to individuals incapacitated due to mental illnesses. Since the said syndicate cannot Baker

Act her because they know that the said professor's credentials, the evidence she has given to the news reporters to run their stories, and her current work, speak for themselves. And, they cannot show mental illnesses, they "go for" "the **Marchman Act**" and claim that she is NOT "mentally ill;" but that she drinks and uses drugs and THIS makes her mentally ill.

But schizophrenia, bipolar disorder and Parkinson doesn't show up for drinking or using drugs. This is IN CASE that she did this; but, as everyone knows, she does not drink, smoke, or use ANY drugs. She has NEVER had. This is also why they refused to take her before a judge; because the judge would immediately see that she is COMPLETELY sober.

The said defendants and criminal syndicate-ever lasting problem is that the professor doesn't drink, smoke, or use any drugs. They are angry because she has never done so. Hence, how are they going to show their fabricated "mental illnesses" due to drug addiction or alcoholism?

Claimant Martinez and her mother ask the following: please, act now, against the said Police Chief, DSS-Commissioner, and bogus Griffin Health Corporation, their money laundering, and their Criminal Syndicate; before it is too late for their endless victims.


Said claim is hereby presented for adjustment and immediate relief.


**PLEASE TAKE FURTHER NOTICE** that by reason of the premises, if default of Griffin Health Corporation; Waterbury Hospital and its Psychiatric Clinic; Griffin Family Physicians; Griffin Family Physicians' Clinic Manager Carol Porsche; Griffin Family Physicians' Clinic Manager Sandra; Nurse Practician Nicole Martin; Griffin Health Corporation Board of Directors' Chairman John W. Betkoski, III; Griffin Health Corporation Board of Directors' Immediate Past Chairman Kenneth Baldyga; Griffin Health Corporation Board of Directors' Member Patrick A. Charmel; Griffin Health Corporation Board of Directors' First Vice Chairman John J. Zaprzalka, CPA; Griffin Health Corporation Board of Directors' Second Vice Chairman Themis Klarides; Griffin Health Corporation Board of Directors' Third Vice Chairman [and US **Republican Senator**] **George S. Logan**; Griffin Health Corporation Board of Directors' Secretary and Psychologist, Nanci DiNardo; Griffin Health Corporation Board of Directors' Treasurer Gerald T. Weiner, Attorney with Weinstein, Weiner, Ignal, Vogel and Shapiro; Griffin Health Corporation Board of Directors' Member [and United Methodist Frontier Foundation-Deputy Executive Director] Joseph Andreana; Griffin Health Corporation Board of Directors' Chief Medical Officer and Vice President of Medical Affairs Frederick Browne, MD; Griffin Health Corporation Board of Directors' Member and Chief Financial Officer of OEM

50

Control in Shelton Mark Peterson; Griffin Health Corporation Board of Directors' Member and Medical Staff-President Harold Schwartz, MD; Griffin Health Corporation Board of Directors' Member Donna DiGianvittorio; Griffin Health Corporation Board of Directors' Member Joseph Sokol, M.D; Griffin Health Corporation Board of Directors' Member Philip White; Griffin Health Corporation Board of Directors' Member Jimmy Tickey; Griffin Health Corporation Board of Directors' Member and Registered Dietitian-Nutritionist Jean Crum Jones MPH, RD; Griffin Health Corporation Board of Directors' Member and Vice President of Production Operations for Rotary Systems at Sikorsky, a Lockheed Martin Company; Griffin Health Corporation Board of Directors' Member and founder Robert Reiss; Griffin Health Corporation Board of Directors' Member Ed McCreery, III, Esq.; Griffin Health Corporation Board of Directors' Member Laura Marasco; Griffin Health Corporation Board of Directors' Member Fred Stanek; Griffin Health Corporation's Crisis Intervention (WCMHN, Western Connecticut Mental Health Network); The State of Connecticut Dept of Social Services; The Dept. of Social Services' Commissioner; The state of Connecticut Dept of Health; The State of Connecticut; Joseph Podalski, in Charge of the Whole Psychiatric Dept.; Nurse Sherri Valentine, Supposedly in Charge of the Whole Psychiatric Clinic on the 8th Floor, until the news reporters got involved; Christine Shapter [MD], in Charge of the Whole Psychiatric Clinic on the 8th Floor, after the news reporters got involved; Alexandra Bolonick, a "Nurse" [APRN] impersonating a Psychiatrist at the bogus Waterbury Hospital owned by the bogus Griffin's Health Corporation; Susan Goodson, a "psychiatrist" replacing the nurse impersonating a Psychiatrist at the bogus Waterbury's hospital's clinic (for one day); Stephon Adams, a man who introduced himself as "a doctor" and, then, a "Social Worker;" Waterbury Chief of Police Fernando Stagnolo **[Nick Name**: The Christians' and Muslims' Terror]; Police Officer Silver, **Batch # 777** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Hardwick, **Batch # 719** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Sanchez, **Batch # 792** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Robinson, **Batch # 519** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; The Waterbury Police Dept.; The City of Waterbury; United Health Care-CEO Andrew Witty; Jennifer Giordano, who said to be working at the Waterbury Police Dept, with the Police, under the command of Chief of Police Fernando Stagnolo. She also, acted as "the judge," who signed the fake "court order" to draw Prof Martinez's blood under the menace of a beating, if she did not allow it; Bethsaida Dores, Crisis' Intervention "Nurse" who also introduced herself as a "Social Worker [refused to show any credentials upon requests];" Ambulance Driver and Attendant "Paige [refused to give her last name, upon request, during the filing

of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun. Accomplice in the Arbitrary Arrest and Extra Judicial Execution- Attempt of claimant's Christian daughter, College Professor Solange Martinez];" Ambulance Driver and Attendant "Paige's partner [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez];" Waterbury Hospital's ER Nurses "Nicolet" and "Gabriel" [refused to give their last names, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun. Accomplices in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez. After Nurse "Ashley" tried and did not know how, "Gabriel" drew Prof Martinez's blood without a court order signed by a judge];" Waterbury Hospital's ER-Manger Phyllis [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after she won a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun. She authorized the videotaping and cell phone picture-taking of Prof Martinez while incarcerated at the ER. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez];" ER-"Nurse" "Ashley [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after she won a court case against the DSS- Commissioner (Griffin's Health Corporation's business -partner) while representing her mother: claimant Oyarzun. She was in charge of the torture Prof Martinez while incarcerated at the ER with a needle and a stick up Prof Martinez's nose. She Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez];" Exchange Place Preservation Partners, LLC; Fred C. Mitchell, Senior Vice President; Exchange Place MM LLC, its managing member; The NHP Foundation, a member; Exchange Plaza Towers & Beacon Rental Community; Ms. Lori Caruso, Property Manager at Exchange Plaza Towers & Beacon Rental Community; Ms. Christine Tucci, Area Services Residence Manager; Mr. Willy Quiles, Residence Service Coordinator; Probate Court Attorney James P. O'sullivan, involved in the fake Custody Cases in Waterbury Connecticut and legally advised claimant and her daughter to allow false Emergency Certificates to be filed on them. Also involved in court-fraud; Probate Court Chief Clerk Tracy Biolo, involved in the fake Custody Cases in Waterbury Connecticut and legally advised claimant and her daughter to allow false Emergency Certificates to be filed on them. Also involved in court-fraud; Mr. Antonio Rodriguez, Claimant's building Super; Exchange Place Preservation Partners, LLC; its Senior Vice President Fred C. Mitchell; its managing member Exchange Place MM LLC; The NHP Foundation -- a member; Exchange Plaza Towers & Beacon

52

Rental Community; Property- Manager at Exchange Plaza Towers & Beacon Rental Community Ms. Lori Caruso; Area Services Residence Manager Ms. Christine Tucci; Residence Service Coordinator Willy Quiles; Probate Court Attorney James P. O'sullivan, involved in the fake Custody Cases in Waterbury Connecticut and illegally advised claimant and her daughter to allow Waterbury Police Chief Fernando Stagnolo to file false Emergency Certificates on them, and "fight" this from the psychiatric jail (which is impossible since the said defendants violate the due process in the Emergency Certificate Schemes and NEVER allow the victims to see the judge. They never follow the due process in this money laundering, false emergency certificate schemes). This should be, he suggested, after being the victims of arbitrary arrests and extra judicial execution attempts. He is also involved in court-fraud; Probate Court Chief Clerk Tracy Biolo, involved in the fake Custody Cases in Waterbury Connecticut and illegally advised claimant and her daughter to allow Waterbury Police Chief Fernando Stagnolo to file false Emergency Certificates on them, and "fight" this from the psychiatric jail (which is impossible since the said defendants violate the due process in the Emergency Certificate Schemes and NEVER allow the victims to see the judge. They never follow the due process in this money laundering, false emergency certificate schemes). This should be, she suggested, after being the victims of arbitrary arrests and extra judicial execution-attempts. She is also involved in court-fraud, Xfinity/Comcast; Hoveround; Hoveround-CEO; Hoveround Supervisor Pam Hunt; Walmart; Walmart's CEO, unseal any documents or file related to claimants' case, an injunction to prevent claimant's removal from her apartment, further persecution, hate-crimes, harassment, retaliation, for the defendants and their associates to cease and desist their criminal activities against the claimant and her Christian College Professor daughter, as well as $ 1, 600, 000, 000.00.


Dated: New Haven, CT

May **17**th, 2023


Very truly yours,

**Prof. Solange Martinez**
44 Center Street, Apt. 2P
Waterbury, CT 06702
(914) 619-8362 & (347) 721-9255


State of Connecticut

County of New Haven: ss:

**Prof. Solange Martinez**, being duly sworn, say:

Griffin Health Corporation; Waterbury Hospital and its Psychiatric Clinic; Griffin Family Physicians; Griffin Family Physicians' Clinic Manager Carol Porsche; Griffin Family Physicians' Clinic Manager Sandra; Nurse Practician Nicole Martin; Griffin Health Corporation Board of Directors' Chairman John W. Betkoski, III; Griffin Health Corporation Board of Directors' Immediate Past Chairman Kenneth Baldyga; Griffin Health Corporation Board of Directors' Member Patrick A. Charmel; Griffin Health Corporation Board of Directors' First Vice Chairman John J. Zaprzalka, CPA; Griffin Health Corporation Board of Directors' Second Vice Chairman Themis Klarides; Griffin Health Corporation Board of Directors' Third Vice Chairman [and US **Republican Senator**] **George S. Logan**; Griffin Health Corporation Board of Directors' Secretary and Psychologist, Nanci DiNardo; Griffin Health Corporation Board of Directors' Treasurer Gerald T. Weiner, Attorney with Weinstein, Weiner, Ignal, Vogel and Shapiro; Griffin Health Corporation Board of Directors' Member [and United Methodist Frontier Foundation-Deputy Executive Director] Joseph Andreana; Griffin Health Corporation Board of Directors' Chief Medical Officer and Vice President of Medical Affairs Frederick Browne, MD; Griffin Health Corporation Board of Directors' Member and Chief Financial Officer of OEM Control in Shelton Mark Peterson; Griffin Health Corporation Board of Directors' Member and Medical Staff-President Harold Schwartz, MD; Griffin Health Corporation Board of Directors' Member Donna DiGianvittorio; Griffin Health Corporation Board of Directors' Member Joseph Sokol, M.D; Griffin Health Corporation Board of Directors' Member Philip White; Griffin Health Corporation Board of Directors' Member Jimmy Tickey; Griffin Health Corporation Board of Directors' Member and Registered Dietitian-Nutritionist Jean Crum Jones MPH, RD; Griffin Health Corporation Board of Directors' Member and Vice President of Production Operations for Rotary Systems at Sikorsky, a Lockheed Martin Company; Griffin Health Corporation Board of Directors' Member and founder  Robert Reiss; Griffin Health Corporation Board of Directors' Member Ed McCreery, III, Esq.; Griffin Health Corporation Board of Directors' Member Laura Marasco; Griffin Health Corporation Board of Directors' Member Fred Stanek; Griffin Health Corporation's Crisis Intervention (WCMHN, Western Connecticut Mental Health Network); The State of Connecticut Dept of Social Services; The Dept. of Social Services' Commissioner; The state of Connecticut Dept of Health; The State of Connecticut; Joseph Podalski, in Charge of the Whole Psychiatric Dept.; Nurse Sherri Valentine, Supposedly in Charge of the Whole Psychiatric Clinic on the 8th Floor, until the news reporters got involved; Christine Shapter [MD], in Charge of the Whole Psychiatric Clinic on the 8th Floor, after the news reporters got involved; Alexandra Bolonick, a "Nurse" [APRN] impersonating a Psychiatrist at the bogus Waterbury Hospital owned by the bogus Griffin's

Health Corporation; Susan Goodson, a "psychiatrist" replacing the nurse impersonating a Psychiatrist at the bogus Waterbury's hospital's clinic (for one day); Stephon Adams, a man who introduced himself as "a doctor" and, then, a "Social Worker;" Waterbury Chief of Police Fernando Stagnolo [**Nick Name**: The Christians' and Muslims' Terror]; Police Officer Silver, **Batch # 777** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Hardwick, **Batch # 719** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Sanchez, **Batch # 792** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; Police Officer Robinson, **Batch # 519** [refused to fully identify himself, and 911-Operator (352) only gave his last name, upon several requests, on 05/12/23. The falsified Police report # 23-14-113]; The Waterbury Police Dept.; The City of Waterbury; United Health Care-CEO Andrew Witty; Jennifer Giordano, who said to be working at the Waterbury Police Dept, with the Police, under the command of Chief of Police Fernando Stagnolo. She also, acted as "the judge," who signed the fake "court order" to draw Prof Martinez's blood under the menace of a beating, if she did not allow it; Bethsaida Dores, Crisis' Intervention "Nurse" who also introduced herself as a "Social Worker [refused to show any credentials upon requests];" Ambulance Driver and Attendant "Paige [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun.  Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez];" Ambulance Driver and Attendant "Paige's partner [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun.  Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez];" Waterbury Hospital's ER Nurses "Nicolet" and "Gabriel" [refused to give their last names, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after winning a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun.  Accomplices in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez. After Nurse "Ashley" tried and did not know how, "Gabriel" drew Prof Martinez's blood without a court order signed by a judge];" Waterbury Hospital's ER-Manger Phyllis [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after she won a court case against the DSS- Commissioner while representing her mother: claimant Oyarzun.  She authorized the videotaping and cell phone picture-taking of Prof Martinez while incarcerated at the ER. Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College

Professor Solange Martinez];" ER-"Nurse" "Ashley [refused to give her last name, upon request, during the filing of the False Emergency Certificate on Prof Martinez, after she won a court case against the DSS- Commissioner (Griffin's Health Corporation's business -partner) while representing her mother: claimant Oyarzun. She was in charge of the torture Prof Martinez while incarcerated at the ER with a needle and a stick up Prof Martinez's nose. She Accomplice in the Arbitrary Arrest and Extra Judicial Execution-Attempt of claimant's Christian daughter, College Professor Solange Martinez];" Exchange Place Preservation Partners, LLC; Fred C. Mitchell, Senior Vice President; Exchange Place MM LLC, its managing member; The NHP Foundation, a member; Exchange Plaza Towers & Beacon Rental Community; Ms. Lori Caruso, Property Manager at Exchange Plaza Towers & Beacon Rental Community; Ms. Christine Tucci, Area Services Residence Manager; Mr. Willy Quiles, Residence Service Coordinator; Probate Court Attorney James P. O'sullivan, involved in the fake Custody Cases in Waterbury Connecticut and legally advised claimant and her daughter to allow false Emergency Certificates to be filed on them. Also involved in court-fraud; Probate Court Chief Clerk Tracy Biolo, involved in the fake Custody Cases in Waterbury Connecticut and legally advised claimant and her daughter to allow false Emergency Certificates to be filed on them. Also involved in court-fraud; Mr. Antonio Rodriguez, Claimant's building Super; Exchange Place Preservation Partners, LLC; its Senior Vice President Fred C. Mitchell; its managing member Exchange Place MM LLC; The NHP Foundation -- a member; Exchange Plaza Towers & Beacon Rental Community; Property- Manager at Exchange Plaza Towers & Beacon Rental Community Ms. Lori Caruso; Area Services Residence Manager Ms. Christine Tucci; Residence Service Coordinator Willy Quiles; Probate Court Attorney James P. O'sullivan, involved in the fake Custody Cases in Waterbury Connecticut and illegally advised claimant and her daughter to allow Waterbury Police Chief Fernando Stagnolo to file false Emergency Certificates on them, and "fight" this from the psychiatric jail (which is impossible since the said defendants violate the due process in the Emergency Certificate Schemes and NEVER allow the victims to see the judge. They never follow the due process in this money laundering, false emergency certificate schemes). This should be, he suggested, after being the victims of arbitrary arrests and extra judicial execution attempts. He is also involved in court-fraud; Probate Court Chief Clerk Tracy Biolo, involved in the fake Custody Cases in Waterbury Connecticut and illegally advised claimant and her daughter to allow Waterbury Police Chief Fernando Stagnolo to file false Emergency Certificates on them, and "fight" this from the psychiatric jail (which is impossible since the said defendants violate the due process in the Emergency Certificate Schemes and NEVER allow the victims to see the judge. They never follow the due process in this money laundering, false emergency certificate schemes). This should be, she suggested, after being the victims of arbitrary arrests and extra judicial execution attempts. She is also involved in court-fraud, Xfinity/Comcast; Hoveround;  Hoveround-CEO; Hoveround Supervisor Pam Hunt; Walmart; Walmart's CEO; the said is true to my own knowledge, except

56

as to the matters therein stated to be alleged upon information and belief, and that as to those matters she believes to be true.

**Return to the way of God**



**Shroud of Turin**

*Solange Martinez*
**Prof. Solange Martinez**

Sworn to May _17th_, 2023

**Notary Public**

57

# System › Power & battery

🌿 Allow my device to sleep

ℹ️ The screen is set to never turn off, which decreases battery life and results in higher carbon emissions.

🌿 Allow my screen to turn off

## Power

⬛ Screen and sleep                                                  ∧

ℹ️ Screen and sleep settings don't apply when the lock screen slideshow is playing.
Change slideshow settings

On battery power, turn off my screen after          | Never ∨

When plugged in, turn off my screen after          | Never ∨

On battery power, put my device to sleep after          | Never ∨

—  ☐  ✕

# System › Power & battery

**Power**

🔲  Screen and sleep                                               ︿

ⓘ  Screen and sleep settings don't apply when the lock screen slideshow is
    playing.
    Change slideshow settings

On battery power, turn off my          | Never          ⌄ |
screen after

When plugged in, turn off my           | Never          ⌄ |
screen after

On battery power, put my               | Never          ⌄ |
device to sleep after

When plugged in, put my                | Never          ⌄ |
device to sleep after

🖉  Power mode
    Optimize your device based on power     | Balanced       ⌄ |
    use and performance