UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Prof. SOLANGE MARTINEZ, Sui Juris, :
the natural living woman, :
  Plaintiff, :
      :
  v.                          CASE NO. 3:23-cv-00839 (SVN)
      :
GRIFFIN HEALTH CORPORATION et al., :
  Defendants. :

## **JUDGMENT**

This action having come before the Court for consideration of the Plaintiff's motion for leave to proceed in forma pauperis, complaint, and amended complaint before the Honorable S. Dave Vatti, United States Magistrate Judge and the Honorable Sarala V. Nagala, United States District Judge; and

The Honorable S. Dave Vatti having considered the full record of the case including applicable principles of law, and having granted the Plaintiff's motion and filed a recommended ruling dismissing the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) without leave to amend on August 23, 2023, and the Honorable Sarala V. Nagala having adopted the recommended ruling in full, dismissed all claims, and determined that the Court will not allow Plaintiff to pursue the amended complaint on September 19, 2023; it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the claims.

Dated at Hartford, Connecticut, this 29th day of September, 2023.

DINAH MILTON KINNEY, Clerk

By: /s/ Michael Bozek
　　Michael Bozek
　　Deputy Clerk

Entered on Docket: 9/29/2023